IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYKO GLOBAL, INC.**, a Canadian corporation, **KYKO GLOBAL GmbH**, a Bahamian corporation, **PRITHVI SOLUTIONS, INC.**, a Delaware Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>**PRITHVI INFORMATION SOLUTIONS, LTD**, an Indian corporation, **VALUE TEAM CORPORATION**, a British Virgin Islands corporation, **SSG CAPITAL PARTNERS I, L.P.**, a Cayman Islands Limited Partnership, **SSG CAPITAL MANAGEMENT (HONG KONG) LIMITED**, a private Hong Kong company, **MADHAVI VUPPALAPATI**, an individual, **ANANDHAN JAYARAMAN**, an Individual, **SHYAM MAHESHWARI**, an individual, **IRA SYAVITRI NOOR A/K/A IRA NOOR VOURLOUMIS**, an individual, **DINESH GOEL**, an individual, **WONG CHING HIM a/k/a Edwin Wong**, an individual, **ANDREAS VOURLOUMIS**, an individual, **PRITHVI ASIA SOLUTIONS LIMITED**, a Hong Kong company,<br><br>*Defendants*. | Civil Action No. 2:18-cv-01290-PJP<br><br>*Electronically Filed* |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

Please kindly enter the appearance of Michael H. Ginsberg on behalf of the following Defendants in the above-captioned matter: SSG Capital Partners I, L.P.; SSG Capital Management (Hong Kong) Limited; Shyam Maheshwari; Ira Syavitri Noor a/k/a Ira Noor Vourloumis; Dinesh Goel; Wong Ching Him a/k/a Edwin Wong; and Andreas Vourloumis.

Dated:  November 16, 2018                    Respectfully submitted,

/s/ Michael H. Ginsberg
Michael H. Ginsberg (Pa. Bar #43582)
mhginsberg@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
Telephone:  (412) 394-3939
Facsimile:  (412) 394-7959

**Counsel for Defendants SSG Capital Partners I, L.P., SSG Capital Management (Hong Kong) Limited, Shyam Maheshwari, Ira Syavitri Noor a/k/a Ira Noor Vourloumis, Dinesh Goel, Wong Ching Him a/k/a Edwin Wong, and Andreas Vourloumis**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of Court using the Western District of Pennsylvania's CM/ECF system which will send notification of the filing to the following:

Joseph F. Rodkey, Jr.
FOWKES ♦ RODKEY
732 Allegheny River Blvd.
P.O. Box 173
Oakmont, PA 15139
(412) 828-2802 (Phone)
(412) 828-2588 (Fax)
jrodkey@fowkesrodkey.com

|  |  |
|---|---|
| Dated: November 20, 2018 | Respectfully submitted, |
|  | /s/ Michael H. Ginsberg<br>Michael H. Ginsberg (Pa. Bar #43582)<br>John D. Goetz (Pa. Bar #47759)<br>Douglas Baker (Pa. Bar #318634)<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA  15219-2514<br>Telephone:  (412) 394-9524<br>Facsimile:  (412) 394-7959<br>Email: mhginsberg@jonesday.com<br>Email: jdgoetz@jonesday.com<br>Email: ddbaker@jonesday.com<br><br>**Counsel for Defendants SSG Capital Partners I, L.P., SSG Capital Management (Hong Kong) Limited, Shyam Maheshwari, Ira Syavitri Noor a/k/a Ira Noor Vourloumis, Dinesh Goel, Wong Ching Him a/k/a Edwin Wong, and Andreas Vourloumis** |