IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, <br><br> *Defendants*. | Civil Action No. 2:18-cv-1290 <br><br> Hon. William S. Stickman, IV |

## OMNIBUS ORDER OF COURT

AND NOW, this 5th Day of September, 2019, it is hereby ORDERED that Plaintiffs' Motion for Jurisdictional Discovery [ECF No. 41] is GRANTED. Plaintiffs may conduct focused discovery (including depositions and written discovery) *strictly limited to* the issue of Defendants' relevant contacts with this forum. All jurisdictional discovery shall be completed by November 1, 2019. The Parties shall file supplemental briefs to address the personal jurisdiction challenge raised in the SSG Defendants' Motion to Dismiss [ECF No. 25] on or before November 15, 2019. Those briefs shall not exceed ten pages.

Plaintiffs' Motion to Obtain Leave to File a Supplemental Brief [ECF No. 53], Motion for Status Conference [ECF No. 54], and Motion to Strike [ECF No. 57] are hereby DENIED.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE