IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2: 18-cv-1290 |
| v. | Hon. William S. Stickman, IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
| *Defendants*. | |

## HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:  September 25, 2019
BEFORE:  Judge William S. Stickman, IV

| Appearing for Plaintiffs: | Appearing for Defendants: |
|---|---|
| Joseph F. Rodkey, Jr., Esquire | Douglas Baker, Esquire |
| Jayson M. Macyda, Esquire | John D. Goetz, Esquire |
| | Michael H. Ginsberg, Esquire |

Hearing began at 10:01 a.m.                                   Hearing concluded at 10:32 a.m.

Stenographer:  Deborah Rowe

OUTCOME:

Three specific areas of dispute regarding jurisdictional discovery discussed.  The Court resolved the issues and will set forth in an order that follows how the parties are to proceed.  The following order supplements this Court's Omnibus Order of Court, ECF No. 63, that granted jurisdictional discovery.