IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KYKO GLOBAL, INC., *et al*,

        *Plaintiffs*,

      v.

PRITHVI INFORMATION SOLUTIONS, LTD., *et al*,

        *Defendants*.

Civil Action No. 2:18-cv-1290

Hon. William S. Stickman, IV

## ORDER OF COURT

AND NOW, this 25th day of September, 2019, having been made aware of a discovery dispute between the parties, and having conducted a telephonic status conference this day regarding the scope of this Court's September 5, 2019, Omnibus Order (ECF No. 63) granting Plaintiffs' Motion for Jurisdictional Discovery, IT IS HEREBY ORDERED that ( 1) Plaintiffs shall be permitted to conduct three (3) depositions (as they represented in their March 19, 2019, Reply Brief in Support of Motion to Obtain Leave to Conduct Jurisdictional Discovery (ECF No. 45); (2) The requested depositions shall be conducted in Hong Kong. Counsel for the parties may participate either in-person or through electronic conferencing; and (3) Defendants shall provide complete responses to the Plaintiffs' written discovery requests.

BY THE COURT:

WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE