IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, <br><br> *Defendants*. | Civil Action No. 2:18-cv-1290 <br><br> Hon. William S. Stickman, IV |

## ORDER OF COURT

AND NOW, this 17th day of October, 2019, after careful consideration of SSG Defendants' Motion for the Entry of a Protective Order (ECF No. 81), it is hereby ORDERED, ADJUDGED and DECREED that the Motion is DENIED. After examining the SSG Defendants' Motion and attached exhibits, the Court holds that the SSG Defendants have not met their burden of demonstrating the "good cause" required for the entry of a protective order.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE