EXHIBIT A



Jayson Macyda <generalcounsel@kykoglobal.com>

# Kyko Global, Inc., et al v. Prithvi Information Solutions, LTD, et al

**Goetz, John D.** <jdgoetz@jonesday.com>  Mon, Sep 23, 2019 at 4:57 PM
To: Jayson Macyda <GeneralCounsel@kykoglobal.com>, "elizabeth_abbott@pawd.uscourts.gov" <elizabeth_abbott@pawd.uscourts.gov>
Cc: "Baker, Douglas D." <ddbaker@jonesday.com>, "jrodkey@fowkesrodkey.com" <jrodkey@fowkesrodkey.com>, "Ginsberg, Michael H." <mhginsberg@jonesday.com>

Hello, again, Ms. Abbott --

Thursday at 10am works for our side, as relayed earlier today.

Plaintiffs' counsel omitted the written discovery they enclosed with their Sept 10 letter.  We attach it here, for the Court's review.

Thank you again for the Court's availability.  Best regards.

John D. Goetz (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Phone: 412-394-7911
Fax: 412-394-7959
E-mail: jdgoetz@jonesday.com

[Quoted text hidden]
[Quoted text hidden]



**Jurisdictional Discovery Requests.pdf**
385K