EXHIBIT E

# JONES DAY

500 GRANT STREET • SUITE 4500 • PITTSBURGH, PENNSYLVANIA 15219.2514
TELEPHONE: +1.412.391.3939 • FACSIMILE: +1.412.394.7959

DIRECT NUMBER: (412) 394-7911
JDGOETZ@JONESDAY.COM

October 17, 2019

Jayson M. Macyda
Kyko Global Inc. and Affiliates
U.S. General Counsel
P.O. Box 87491
Canton, MI  48187

Re:   *Kyko Global, Inc. et al. v. Prithvi Information Solutions Ltd. et al.*,
      No. 18-1290   (W.D. Pa.)

Dear Mr. Macyda:

We are producing documents bearing Bates stamps SSG00001 through SSG00078 in response to Plaintiffs' First Set of Jurisdictional Discovery Requests dated September 10, 2019, to which we previously provided Responses and Objections on October 9, 2019. You will receive a separate e-mail containing a link for accessing the files. To access the files, you will need to use the following password:  mive@oC96heK.

Please contact us if you have any technical issues with the link or file access.

Very truly yours,

John D. Goetz

cc:   Joseph Rodkey, Esquire
      Michael H. Ginsberg, Esquire

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON