IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:18-cv-1290 |
| v. | Hon. William S. Stickman, IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
| *Defendants*. | |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 22nd day of October, 2019, Plaintiffs having filed a Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(i) with Brief in Support thereof, ECF Nos. 83 and 84, IT IS HEREBY ORDERED that Defendants' response and brief in opposition thereto, not to exceed **ten** pages, shall be filed by **October 25, 2019 at 12:00 p.m**.

BY THE COURT:

/s/   *William S. Stickman, IV*
WILLIAM S. STICKMAN
UNITED STATES DISTRICT JUDGE