IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:18-cv-1290 |
| v. | Hon. William S. Stickman, IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
| *Defendants*. | |

## HEARING MEMO

HEARING HELD: Telephonic Oral Argument
DATE HEARING HELD: November 4, 2019
BEFORE: Judge William S. Stickman, IV

| | |
|---|---|
| Appearing for Plaintiffs: | Appearing for Defendants: |
| Jayson M. Macyda, Esquire | Michael H. Ginsberg, Esquire |
| Joseph F. Rodkey, Jr., Esquire | Douglas Baker, Esquire |
| | John D. Goetz, Esquire |
| Argument began at 9:30 a.m. | Argument concluded at 10:10 a.m. |

Stenographer: Sharon Siatkowski

OUTCOME:

The Court heard oral argument relative to Plaintiffs' Motion to Have Requests for Admission Deemed Admitted Against Defendant Value Team Corporation Pursuant to Fed. R. Civ. P. 36, ECF No. 76, and Plaintiffs' Motion to Establish Service of Process Date as to Defendant Value Team Corporation, or in the Alternative, to Obtain Discovery and Evidentiary Hearing, ECF No. 91. The motions are under advisement.