IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., *et al*,<br><br>    *Defendants*. | Civil Action No. 2:18-cv-1290<br><br>Hon. William S. Stickman, IV |

## **ORDER OF COURT**

AND NOW, this 6th day of November 2019, IT IS HEREBY ORDERED that Plaintiffs' Motion for Sanctions (ECF No. 83) is DENIED.

As it noted during November 4, 2019, oral argument, the Court expects that the three (3) depositions will be conducted by the December 2, 2019, jurisdictional discovery cutoff date. No further extensions on jurisdictional discovery will be granted.

                  BY THE COURT:

                  /s/ William S. Stickman, IV
                  WILLIAM S. STICKMAN, IV
                  UNITED STATES DISTRICT JUDGE