IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
|     *Plaintiffs*, | Civil Action No. 2:18-cv-1290 |
| v. | Hon. William S. Stickman, IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
|     *Defendants*. | |

## ORDER SETTING BRIEFING SCHEDULE

AND NOW, this 12th day of November, 2019, Defendant Anandhan Jayaraman having filed a Motion to Dismiss with Brief in Support thereof, ECF Nos. 103 and 104, IT IS HEREBY ORDERED that Plaintiff's response and brief in opposition thereto, not to exceed **twenty** pages, shall be filed by **December 16, 2019**. Defendant shall file any reply brief, not to exceed **fifteen** pages, by **December 23, 2019**.

BY THE COURT:

/s/   *William S. Stickman, IV*
WILLIAM S. STICKMAN
UNITED STATES DISTRICT JUDGE