# EXHIBIT H

# EXHIBIT A

D☐P☐ Exhibit 34
Deponent Maheshwari
Date 11/21/19 Rptr AT







**From:** satish@prithvisolutions.com
**To:** Shyam; Madhavi
**Cc:** Dinesh Goel
**Subject:** Re: Prithvi Hong Kong - URGENT ATTENTION
**Date:** Tuesday, September 7, 2010 1:01:13 AM

---

I have sent all of them yesterday?

Satish Vuppalapati,
Managing Director,
Prithvi Information Solutions,
Hyderabad,India.
Ph:+91-40-66846019

-----Original Message-----
From: "smahesh1900@yahoo.com" <smahesh1900@yahoo.com>
Date: Mon, 06 Sep 2010 23:35:53
To: Satish Vuppalapati<satish@prithvisolutions.com>; Madhavi Vuppalapati<madhavi@prithvisolutions.com>
Reply-To: smahesh1900@yahoo.com
Cc: Dinesh Goel<dgoel78@gmail.com>
Subject: RE: Prithvi Hong Kong - URGENT ATTENTION

Dear madhavi,

please send me the documents pending from the US for prithvi solutions inc. please treat this a priority. also, pls give me dhl number of the courier to track receipt here,

many thanks, shyam
-----Original Message-----
From: Shyam Maheshwari
Sent: 06/09/2010, 18:22
To: Satish Vuppalapati; Madhavi Vuppalapati
Cc: Dinesh Goel
Subject: Re: Prithvi Hong Kong - URGENT ATTENTION

Dear all.

For Prithvi India - I have the scanned copies. Please courier the certified copies (by company secretary, or chartered accountant) to my address asap. Please send me the DHL tracking number.

For Prithvi Solutions Inc. the US Company - Madhavi, please send me the scan versions of all the documents and courier the certified copies (or notarized) by courier.

Please treat this urgent and appreciate your cooperation here.

Many thanks,

Shyam

EXHIBIT A

--- On Mon, 9/6/10, Shyam Maheshwari <smahesh1900@yahoo.com> wrote:

From: Shyam Maheshwari <smahesh1900@yahoo.com>
Subject: Prithvi Hong Kong - URGENT ATTENTION
To: "Satish Vuppalapati" <satish@prithvisolutions.com>, "Madhavi Vuppalapati" <madhavi@prithvisolutions.com>
Cc: "Dinesh Goel" <dgoel78@gmail.com>
Date: Monday, September 6, 2010, 10:15 AM

Dear Satish and Madhavi.

Please find the information pending for activitating the bank account for Prithvi HOng KOng.

FROM PRITHVI SOLUTIONS INC.

1. Signed form for tranfer and sold note (as attached)
2. Certificate of Incorporation
3. Officer List
4. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi Information Solutions Limited.
5. Madhavi's Passport and Driving Licenses

FROM PRITHVI INFORMATION SOLUTIONS LIMITED
1. MOA AND COA AND COI
2. Change of Name from Pvt to Public COmpany

Please send the scan copies of all these documents BY END OF TODAY.

Please send the physical copies by DHL/ courier to:

Shyam Maheshwari
SSG Capital management (HK) Limited
Suite 6603, The Centre
99, Queen's Road Central,
HONG KONG
+852 3909 8801

EXHIBIT A

Gmail Dinesh Goel <dgoel78@gmail.com>

**Prithvi Hong Kong - URGENT ATTENTION**

**Shyam Maheshwari** <smahesh1900@yahoo.com> Tue, Sep 7, 2010 at 1:06 PM
To: Madhavi <madhavi@prithvisolutions.com>, satish@prithvisolutions.com
Cc: Dinesh Goel <dgoel78@gmail.com>

Dear Satish. The following scans were received.
FROM PRITHVI SOLUTIONS INC.

1. Signed form for tranfer and sold note (as attached) YES
2. Certificate of Incorporation NO
3. Officer List NO
4. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi Information Solutions Limited. NO
5. Madhavi's Passport and Driving Licenses Passport ONLY.

Many thanks,
Shyam

--- On **Tue, 9/7/10, satish@prithvisolutions.com** ***<satish@prithvisolutions.com>*** wrote:

> From: satish@prithvisolutions.com <satish@prithvisolutions.com>
> Subject: Re: Prithvi Hong Kong - URGENT ATTENTION
> To: "Shyam" <smahesh1900@yahoo.com>, "Madhavi" <madhavi@prithvisolutions.com>
> Cc: "Dinesh Goel" <dgoel78@gmail.com>
> Date: Tuesday, September 7, 2010, 2:01 PM
>
> I have sent all of them yesterday?
>
> Satish Vuppalapati,
> Managing Director,
> Prithvi Information Solutions,
> Hyderabad,India.
> Ph:+91-40-66846019
>
> -----Original Message-----
> From: "smahesh1900@yahoo.com" <smahesh1900@yahoo.com>
> Date: Mon, 06 Sep 2010 23:35:53
> To: Satish Vuppalapati<satish@prithvisolutions.com>; Madhavi Vuppalapati<madhavi@prithvisolutions.com>
> Reply-To: smahesh1900@yahoo.com
> Cc: Dinesh Goel<dgoel78@gmail.com>
> Subject: RE: Prithvi Hong Kong - URGENT ATTENTION
>
> Dear madhavi,
>
> please send me the documents pending from the US for prithvi solutions inc. please treat this a priority. also, pls give me dhl number of the courier to track receipt here,
>
> many thanks, shyam
> -----Original Message-----
> From: Shyam Maheshwari
> Sent: 06/09/2010, 18:22
> To: Satish Vuppalapati; Madhavi Vuppalapati
> Cc: Dinesh Goel
> Subject: Re: Prithvi Hong Kong - URGENT ATTENTION
>
> Dear all.
>
> For Prithvi India - I have the scanned copies. Please courier the certified copies (by company secretary, or chartered accountant) to my address asap. Please send me the DHL tracking number.
>
> For Prithvi Solutions Inc. the US Company - Madhavi, please send me the scan versions of all the documents and courier the certified copies (or notarized) by courier.
>
> Please treat this urgent and appreciate your cooperation here.
>
> Many thanks,
>
> Shyam
>
> --- On Mon, 9/6/10, Shyam Maheshwari <smahesh1900@yahoo.com> wrote:
>
> From: Shyam Maheshwari <smahesh1900@yahoo.com>
> Subject: Prithvi Hong Kong - URGENT ATTENTION
> To: "Satish Vuppalapati" <satish@prithvisolutions.com>, "Madhavi Vuppalapati" <madhavi@prithvisolutions.com>
> Cc: "Dinesh Goel" <dgoel78@gmail.com>
> Date: Monday, September 6, 2010, 10:15 AM
>
> Dear Satish and Madhavi.
>
> Please find the information pending for activitating the bank account for Prithvi HOng KOng.
>
> FROM PRITHVI SOLUTIONS INC.
>
> 1. Signed form for tranfer and sold note (as attached)
> 2. Certificate of Incorporation
> 3. Officer List
> 4. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi Information Solutions Limited.
> 5. Madhavi's Passport and Driving Licenses
>
> FROM PRITHVI INFORMATION SOLUTIONS LIMITED
> 1. MOA AND COA AND COI
> 2. Change of Name from Pvt to Public COmpany
>
> Please send the scan copies of all these documents BY END OF TODAY.
>
> Please send the physical copies by DHL/ courier to:
>
> Shyam Maheshwari
> SSG Capital management (HK) Limited
> Suite 6603, The Centre
> 99, Queen's Road Central,
> HONG KONG
> +852 3909 8801



**From:** Guru Prasad Rao Pandyar <guru@prithvisolutions.com>
**Sent:** Friday, September 10, 2010 12:47 AM
**To:** Pamela C Munar
**Cc:** Madhavi; satish@prithvisolutions.com
**Subject:** Re: Prithvi Hong Kong - URGENT ATTENTION

Pam,

Appreciate your help during the weekend too.

Thanks
Guru Prasad Rao Pandyar

On Sep 9, 2010, at 9:26 PM, Shyam Maheshwari <smahesh1900@yahoo.com> wrote:

Dear all.

Package received in HK.

Filing with ROC in HK today and with Heng Seng Bank on Monday.

Many thanks,
Shyam

--- On **Wed, 9/8/10, Pamela C. Munar <*pamela.munar@prithvisolutions.com*>** wrote:

From: Pamela C. Munar <pamela.munar@prithvisolutions.com>
Subject: RE: Prithvi Hong Kong - URGENT ATTENTION
To: "'Shyam Maheshwari'" <smahesh1900@yahoo.com>, "'Madhavi'" <madhavi@prithvisolutions.com>, satish@prithvisolutions.com
Cc: "'Dinesh Goel'" <dgoel78@gmail.com>, "'Guru Prasad Rao Pandyar'" <guru@prithvisolutions.com>
Date: Wednesday, September 8, 2010, 7:59 AM

Hi Shyam,

Please find attached completed Register of Members for PSI.

Regards,

**Pamela C. Munar**





Executive Assistant to the CEO

**Prithvi Information Solutions**

14711 NE 29th Place

Suite 110

Bellevue, WA 98007

Desk: +1(425)296-5058

Cell: +1(412)320-5738

Fax: +1(425)451-7443

http://www.prithvisolutions.com/

CONFIDENTIALITY NOTICE: This Electronic Mail (e-mail) contains confidential and privileged information intended only for the use of the individual or entity to which it is sent. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify the sender by reply e-mail or telephone.

---

**From:** Shyam Maheshwari [mailto: smahesh1900@yahoo.com ]
**Sent:** Tuesday, September 07, 2010 3:01 AM
**To:** Pamela Munar; Madhavi; satish@prithvisolutions.com
**Cc:** Dinesh Goel
**Subject:** Re: Prithvi Hong Kong - URGENT ATTENTION

Please find the register of members format for PSI.

I await the following scans now:

1. Certificate of Incorporation
2. Officer List
3. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi Information Solutions Limited.

Many thanks,

Shyam

--- On **Tue, 9/7/10, satish@prithvisolutions.com** <*satish@prithvisolutions.com*> wrote:

From: satish@prithvisolutions.com <satish@prithvisolutions.com>
Subject: Re: Prithvi Hong Kong - URGENT ATTENTION
To: "Shyam" < smahesh1900@yahoo.com >, "Pamela Munar" < pamela.munar@prithvisolutions.com >, "Madhavi" <madhavi@prithvisolutions.com>
Cc: "Dinesh Goel" <dgoel78@gmail.com>
Date: Tuesday, September 7, 2010, 2:10 PM

US

Satish Vuppalapati ,
Managing Director,
Prithvi Information Solutions,
Hyderabad , India .
Ph:+91-40-66846019

---

**From:** Shyam Maheshwari < smahesh1900@yahoo.com >

**Date:** Mon, 6 Sep 2010 22:08:01 -0700 (PDT)

**To:** Pamela Munar< pamela.munar@prithvisolutions.com >; Madhavi<madhavi@prithvisolutions.com>; <satish@prithvisolutions.com>

**Cc:** Dinesh Goel<dgoel78@gmail.com>

**Subject:** Re: Prithvi Hong Kong - URGENT ATTENTION

Dear Satish.

Is this for documents from the US or India ?

Thanks,

Shyam

--- On **Tue, 9/7/10, satish@prithvisolutions.com** <***satish@prithvisolutions.com***> wrote:

From: satish@prithvisolutions.com <satish@prithvisolutions.com>
Subject: Re: Prithvi Hong Kong - URGENT ATTENTION
To: "Shyam" < smahesh1900@yahoo.com >, "Pamela Munar" < pamela.munar@prithvisolutions.com >, "Madhavi" <madhavi@prithvisolutions.com>
Cc: "Dinesh Goel" <dgoel78@gmail.com>
Date: Tuesday, September 7, 2010, 1:54 PM

FedEx tracking #: 7938 8611 5499

Satish Vuppalapati ,
Managing Director,
Prithvi Information Solutions,
Hyderabad , India .
Ph:+91-40-66846019

---

**From:** Shyam Maheshwari < smahesh1900@yahoo.com >

**Date:** Mon, 6 Sep 2010 21:06:03 -0700 (PDT)

**To:** Satish Vuppalapati <satish@prithvisolutions.com>; Pamela Munar< pamela.munar@prithvisolutions.com >; <madhavi@prithvisolutions.com>

**Cc:** Dinesh Goel<dgoel78@gmail.com>

**Subject:** Re: Prithvi Hong Kong - URGENT ATTENTION

Dear Pam.

Kindly send me scan copies of Prithvi Solution Inc as listed again herewith...

FROM PRITHVI SOLUTIONS INC.

1. Signed form for tranfer and sold note (as attached)
2. Certificate of Incorporation
3. Officer List
4. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi

Information Solutions Limited.
5. Madhavi's Passport and Driving Licenses

Please also send me the fedex/DHL tracking number for HK delivery.

Many thanks,

best regards,

Shyam
--- On **Tue, 9/7/10, Madhavi Vuppalapati <*madhavi@prithvisolutions.com*>** wrote:

From: Madhavi Vuppalapati <madhavi@prithvisolutions.com>
Subject: Re: Prithvi Hong Kong - URGENT ATTENTION
To: smahesh1900@yahoo.com , " Satish Vuppalapati " <satish@prithvisolutions.com>, "Pamela Munar" < pamela.munar@prithvisolutions.com >
Cc: "Dinesh Goel" <dgoel78@gmail.com>
Date: Tuesday, September 7, 2010, 11:12 AM

Pam,
Please sned the fedex number as soon as its picked up
M

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "smahesh1900@yahoo.com" <smahesh1900@yahoo.com>
Date: Mon, 06 Sep 2010 23:35:53
To: Satish Vuppalapati <satish@prithvisolutions.com>; Madhavi Vuppalapati<madhavi@prithvisolutions.com>
Reply-To: smahesh1900@yahoo.com
Cc: Dinesh Goel<dgoel78@gmail.com>
Subject: RE: Prithvi Hong Kong - URGENT ATTENTION

Dear madhavi,

please send me the documents pending from the US for prithvi solutions inc. please treat this a priority. also, pls give me dhl number of the courier to track receipt here,

many thanks, shyam
-----Original Message-----
From: Shyam Maheshwari
Sent: 06/09/2010, 18:22
To: Satish Vuppalapati ; Madhavi Vuppalapati

Cc: Dinesh Goel
Subject: Re: Prithvi Hong Kong - URGENT ATTENTION

Dear all.

For Prithvi India - I have the scanned copies. Please courier the certified copies (by company secretary, or chartered accountant) to my address asap. Please send me the DHL tracking number.

For Prithvi Solutions Inc. the US Company - Madhavi, please send me the scan versions of all the documents and courier the certified copies (or notarized) by courier.

Please treat this urgent and appreciate your cooperation here.

Many thanks,

Shyam

--- On Mon, 9/6/10, Shyam Maheshwari <smahesh1900@yahoo.com> wrote:

From: Shyam Maheshwari <smahesh1900@yahoo.com>
Subject: Prithvi Hong Kong - URGENT ATTENTION
To: " Satish Vuppalapati " <satish@prithvisolutions.com>, "Madhavi Vuppalapati" <madhavi@prithvisolutions.com>
Cc: "Dinesh Goel" <dgoel78@gmail.com>
Date: Monday, September 6, 2010, 10:15 AM

Dear Satish and Madhavi.

Please find the information pending for activitating the bank account for Prithvi HOng KOng.

FROM PRITHVI SOLUTIONS INC.

1. Signed form for tranfer and sold note (as attached)
2. Certificate of Incorporation
3. Officer List
4. Register of Members/shareholders...which should show the shareholders. In this case it would be Prithvi Information Solutions Limited.
5. Madhavi's Passport and Driving Licenses

FROM PRITHVI INFORMATION SOLUTIONS LIMITED

1. MOA AND COA AND COI
2. Change of Name from Pvt to Public COmpany

Please send the scan copies of all these documents BY END OF TODAY.

Please send the physical copies by DHL/ courier to:

Shyam Maheshwari
SSG Capital management (HK) Limited
Suite 6603 , The Centre
99, Queen's Road Central,
HONG KONG
+852 3909 8801