# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation, PRITHVI SOLUTIONS, INC., a Delaware Corporation

    Plaintiffs,

v.

PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, VALUE TEAM CORPORATION, a British Virgin Islands corporation, SSG CAPITAL PARTNERS I, L.P., a Cayman Islands Limited Partnership, SSG CAPITAL MANAGEMENT (HONG KONG) LIMITED, a private Hong Kong company, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an Individual, SHYAM MAHESHWARI, an individual, IRA SYAVITRI NOOR A/K/A IRA NOOR VOURLOUMIS, an individual, DINESH GOEL, an individual, WONG CHING HIM a/k/a Edwin Wong, an individual, ANDREAS VOURLOUMIS, an individual, PRITHVI ASIA SOLUTIONS LIMITED, a Hong Kong company

Case No. 2:18-cv-1290

## AFFIDAVIT OF SATISH KUMAR VUPPALAPATI RESPECTING JURISDICTIONAL FACTS

I, Satish Kumar Vuppalapati upon being duly sworn according to law depose and state as follows:

1. I was the Managing Director of Prithvi Information Solutions Limited during the relevant time period of the alleged acts set forth in Plaintiffs' Complaint, (i.e. between September 2010 and June 2011. Cmpl. ¶¶ 111-139).

2. I have personal knowledge of all information set forth in this affidavit.



3. Prithvi Information Solutions LTD(PISL) a company incorporated under Indian laws on 24th July 1998.

4. Prithvi Solutions Inc (PSI) was incorporated as a Delaware Corporation in June 2007 as decided by PISL (India) at its registered office in Hyderabad.

5. Madhavi Vuppalapati the then Chairman of PISL was made the CEO of PSI.

6. PSI was a wholly owned subsidiary of PISL and was directed and controlled by PISL India at all times.

7. Anandhan Jayaraman, the defendant in this lawsuit, was neither an employee of PSI or PISL or any of the firms listed as Defendants in the lawsuit.

8. Anandhan Jayaraman was neither consulted with nor was he a party to any of the discussions surrounding issuance or repayment of the FCCB bond nor to the best of my knowledge did he have any knowledge of the discussions.

FURTHER AFFIANT SAYETH NOT

_____
Satish Kumar Vuppalapati

**State OF Telangana,**

**INDIA**

SS:

On this 21st day of December, 2019, before me, a Notary Public, for the aforesaid Country and State, personally appeared the above-named Satish Kumar Vuppalapati, who in due form of law acknowledged the foregoing affidavit to be his act and deed and desired that the same must be recorded as such.

WITNESS, my hand and notarial seal the day and year written above.

_____
Notary Public



ATTESTED
21/12/2019
KOVURI SREENIVASULU
ADVOCATE & NOTARY
H.No. 1-1/5, Old Hafizpet, Miyapur,
R.R. Dist. Cell : 9951539458