IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, <br><br> *Defendants*. | Civil Action No. 2:18-cv-1290 <br><br> Hon. William S. Stickman IV |

## ORDER SCHEDULING CASE MANAGEMENT CONFERENCE

A Telephonic Case Management Conference is scheduled for **August 11, 2020 at 10:00 a.m**. The parties are directed to use the Court's dial-in teleconferencing. 877-873-8018 with access code 8405612. It is not required that lead counsel for the parties attend, nor is it required that any named party attend. However, counsel shall obtain full settlement authority prior to the conference and must be prepared to discuss settlement of the case and alternative dispute resolution options in detail. Clients and insurance carrier representatives must be available by telephone.

By **July 27, 2020**, the parties must jointly file a stipulation selecting an Alternative Dispute Resolution (ADR) process using the fillable form available from the Court's website at https://www.pawd.uscourts.gov/sites/pawd/files/ADRSTIP-APRIL2017-w.pdf

BY THE COURT:

July 6, 2020
Date

/s/ *William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE