UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| v.  Plaintiff(s), | ) ) ) ) ) ) ) ) | Civil Action No. _____ |
| Defendant(s). |  |  |

**STIPULATION SELECTING ADR PROCESS**

     Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

     _____ Mediation
     _____ Early Neutral Evaluation (ENE)
     _____ Court sponsored Binding[1] Arbitration
     _____ Court sponsored Non-binding Arbitration
     _____ Other (please identify process and provider) _____
     _____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures.  It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II.  COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration.  For that process, costs are paid by the Court in accordance with 28 USC §658.):

     _____% by Plaintiff(s)
     _____% by Defendant(s)
     _____% by ~~Third Party~~ Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral:  _____

Address of Neutral:  _____

Telephone & FAX Numbers:  _____

Email address of Neutral:  _____

**Date of ADR Session:**  _____

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

_____     _____
Attorney for Plaintiff(s)                              Plaintiff(s)

                                                               _____

                                                               _____
                                                               Corporate Representative
                                                               (Name and Title)

_____     _____
Attorney for Defendant(s)                           Defendant(s)

                                                               _____

                                                               _____
                                                               Corporate Representative
                                                               (Name and Title)

_____     _____
Attorney for ~~Third Party~~ Defendant(s)     Third Party Defendant(s)

                                                               _____

                                                               _____
                                                               Corporate Representative
                                                               (Name and Title)

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

### V.  ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated:_____         _____
                            Attorney for Plaintiff(s)

Dated:_____         _____
                            Attorney for Defendant(s)

Rev. 4/2017