IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation, PRITHVI SOLUTIONS, INC., a Delaware Corporation,**<br><br>*Plaintiffs*,<br><br>   **v.**<br><br>**PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, VALUE TEAM CORPORATION, a British Virgin Islands corporation, SSG CAPITAL PARTNERS I, L.P., a Cayman Islands Limited Partnership, SSG CAPITAL MANAGEMENT (HONG KONG) LIMITED, a private Hong Kong company, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an Individual, SHYAM MAHESHWARI, an individual, IRA SYAVITRI NOOR A/K/A IRA NOOR VOURLOUMIS, an individual, DINESH GOEL, an individual, WONG CHING HIM a/k/a Edwin Wong, an individual, ANDREAS VOURLOUMIS, an individual, PRITHVI ASIA SOLUTIONS LIMITED, a Hong Kong company,**<br><br>*Defendants*. | **Civil Action No. 2:18-cv-01290-WSS**<br><br>*Electronically Filed* |

## PROPOSED ORDER

AND NOW, this __ day of _____, 2020, upon The SSG Defendants' Emergency Motion For A Status Conference To Schedule An Evidentiary Hearing On The Capacity Of PSI, And The Standing Of Kyko, To Bring This Action (the "Motion"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.  Accordingly, it is hereby ORDERED as follows:

The parties shall attend an emergency telephonic status conference to address the issues identified in the Motion on _____, 2020, at _____.


Dated: _____, 2020


                                                                     _____
United States District Judge