# Exhibit A



# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "PRITHVI SOLUTIONS, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE TWENTY-SEVENTH DAY OF JUNE, A.D. 2007, AT 2:29 O`CLOCK P.M.

CERTIFICATE OF REVIVAL, FILED THE ELEVENTH DAY OF AUGUST, A.D. 2020, AT 10:03 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "PRITHVI SOLUTIONS, INC.".

*Jeffrey W. Bullock, Secretary of State*

4379418  8100H
SR# 20206704670

Authentication: 203456864
Date: 08-12-20

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:31 PM 06/27/2007*
*FILED 02:29 PM 06/27/2007*
*SRV 070757757 - 4379418 FILE*

# CERTIFICATE OF INCORPORATION

## OF

## PRITHVI SOLUTIONS, INC.

**FIRST**  Name. The name of the Corporation is Prithvi Solutions, Inc.

**SECOND**  Registered Office and Agent. The address of the registered office of the Corporation in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, County of New Castle, Delaware 19808, and the name of its registered agent at such address is Corporation Service Company.

**THIRD**  Purpose. The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

**FOURTH**  Stock. The total number of shares of capital stock that the Corporation has the authority to issue is 1,000 shares of Common Stock, par value $0.01 per share.

**FIFTH**  Incorporator. The name and address of the incorporator is Frank J. Rauktis, Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, PA 15222.

**SIXTH**  Liability of Directors. To the fullest extent that the laws of the State of Delaware, as the same exist or may hereafter be amended, permit elimination of the personal liability of directors, no director of the Corporation will be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. The provisions of this Article are deemed to be a contract with each director of the Corporation who serves as such at any time while this Article is in effect, and each such director is deemed to be serving as such in reliance on the provisions of this Article. Any amendment or repeal of this Article, adoption of any additional Article, and any amendment to the Bylaws or adoption of any additional Bylaw of the Corporation, which has the effect of increasing director liability will operate prospectively only and will not affect any action taken, or any failure to act, by a director of the Corporation prior to such amendment, repeal or bylaw becoming effective.

**SEVENTH**  Indemnification. Directors and officers of the Corporation will be indemnified by the Corporation as of right to the fullest extent now or hereafter permitted by the laws of the State of Delaware in connection with any actual or threatened civil, criminal, administrative or investigative action, suit or proceeding (whether brought by or in the name of the Corporation or otherwise) arising out of their service to the Corporation or to another organization at the request of the Corporation. Persons who are not directors or officers of the Corporation may be similarly indemnified in respect of such service to the extent authorized at any time by the Board of Directors. The Corporation may purchase and maintain insurance to protect itself and any such director, officer or other person against any liability asserted against any such person whether or not the Corporation has the power to indemnify such person against such liability. The

CG_1235401_1

provisions of this Article are applicable to actions, suits or proceedings commenced after the adoption of this Article, whether arising from acts or omissions occurring before or after the adoption of this Article, and to directors, officers and other persons who have ceased to render such service, and will inure to the benefit of the heirs and legal representatives of the directors, officers and other persons referred to in this Article.

**EIGHTH**   Amendment of Bylaws. The Board of Directors has the power to make, amend, alter or repeal the Bylaws of the Corporation, in whole or in part.

**NINTH**   Effective Date. This Certificate of Incorporation will be effective upon filing.

WITNESS the due execution hereof this 27th day of June, 2007.

By: /s/ Frank J. Rauktis
Frank J. Rauktis, Incorporator
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222

# STATE OF DELAWARE
# CERTIFICATE FOR REVIVAL OF CHARTER

The corporation organized under the laws of the State of Delaware, the charter of which was voided for non-payment of taxes and/or for failure to file a complete annual report, now desires to procure a revival of its charter pursuant to Section 312 of the General Corporation Law of the State of Delaware, and hereby certifies as follows:

1. The name of the corporation is Prithvi Solutions Inc.

and, if different, the name under which the corporation was originally incorporated

_____.

2. The Registered Office of the corporation in the State of Delaware is located at 251 Little Falls Drive (street), in the City of Wilmington, County of New Castle Zip Code 19808. The name of the Registered Agent at such address upon whom process against this Corporation may be served is Corporation Service Company.

3. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 06/27/2007.

4. The corporation desiring to be revived and so reviving its certificate of incorporation was organized under the laws of this State.

5. The corporation was duly organized and carried on the business authorized by its charter until the 1st day of March A.D. 2013, at which time its charter became inoperative and void for non-payment of taxes and/or failure to file a complete annual report and the certificate for revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

By: _____
Authorized Officer

Name: Kiran Kulkarni
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:03 AM 08/11/2020
FILED 10:03 AM 08/11/2020
SR 20206677386 - File Number 4379418