# Exhibit B

## N13J-00945, Sojitz Corporation vs Prithvi Information Solutions Limited

DE Superior - New Castle

New Castle

**This case was retrieved on 12/29/2015**

## Header

**Case Number: N13J-00945**
**Date Filed:** 03/27/2013
**Date Full Case Retrieved:** 12/29/2015
**Status:** Open
**Misc:** (43) Judgment: Foreign Judgment; Civil

## Summary

**Judge**:  Judge New Castle *Judgment
**Status**: Active

## Participants

| Litigants | Attorneys |
|---|---|
| Sojitz Corp<br>**Plaintiff** | Stephen Brauerman<br>Plaintiff<br>Fax : 3026586395<br>302-655-5000 |
| | Vanessa R Tiradentes<br>Plaintiff<br>Fax : 3026586395<br>302-655-5000 |
| Prithvi Information Solutions Ltd<br>**Defendant** | |
| Agnew, Sharon SA<br>**Others**<br>Fax : 3022552264 Phone : 3022550700 Email :<br>sharon.agnew@state.de.us | |
| DE Superior Court-New Castle County<br>**Others** | |
| Judge New Castle *Judgment<br>**Primary Judge**<br>Fax : 3022552264 Phone : 3022550752 | |
| Kent County, Sheriff<br>**Sheriff** | Sheriff Kent County<br>Sheriff<br>Fax : 3027362280<br>3027442360 |

N13J-00945, Sojitz Corporation vs Prithvi Information Solutions Limited

| **Litigants** | **Attorneys** |
|---|---|
| New Castle County, Sheriff | Sheriff New Castle County |
| **Sheriff** | Sheriff |
| | Fax : 3023958460 |
| | 302-395-8452 |

Pierce, Dot DAP
**Others**
Fax : 3022552268 Phone : 302-255-0767 Email :
Dorothy.Pierce@state.de.us

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/27/2013 | 1 | Certified Judgment of the United States District Court for the Western District of Pennsylvania | Filer Name: Tiradentes, Vanessa R; Sojitz Corp Number of Pages: 2 Doc Type: Lead Document Filing Id: 51355837 |
| 03/27/2013 | 2 | Affidavit of Vanessa R. Tiradentes, Esq. of Filing and Mailing of Foreign Judgment Pursuant to 10 Del. C. s4783 | Filer Name: Tiradentes, Vanessa R; Sojitz Corp Number of Pages: 3 Doc Type: Attachment Filing Id: 51355837 |
| 04/01/2013 | 3 | FOREIGN JUDGMENT LETTER(S) MAILED OUT TO DEBTOR(S) ON 04-01-2013 | Filer Name: Wyatt, Dale DHW Number of Pages: 2 Doc Type: Lead Document Filing Id: 51407516 |
| 04/04/2013 | 4 | Writ of Attachment of Stock Pursuant to 8 Del. C. s 324 | Filer Name: Brauerman, Stephen; Sojitz Corp Number of Pages: 1 Doc Type: Lead Document Filing Id: 51543893 |
| 04/04/2013 | 5 | Praecipe for Writ of Attachment of Stock Pursuant to 8 Del. C. s 324 | Filer Name: Brauerman, Stephen; Sojitz Corp Number of Pages: 2 Doc Type: Attachment Filing Id: 51543893 |
| 05/06/2013 | 6 | WRIT ISSUED SENT TO SHERIFF ON 5-7-13 | Filer Name: Pierce, Dot DAP |

N13J-00945, Sojitz Corporation vs Prithvi Information Solutions Limited

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| | | | Number of Pages:<br>3<br>Doc Type:<br>Lead Document<br>Filing Id:<br>52123905 |
| 05/09/2013 | 7 | SHERIFF'S RETURN ON 5-9-2013 | Filer Name:<br>Zeccola, Kathleen KAZ<br>Number of Pages:<br>1<br>Doc Type:<br>Lead Document<br>Filing Id:<br>52197305 |
| 06/06/2013 | 8 | WRIT ISSUED AND CHECK SENT TO NCC SHERIFF ON 6-7-2013 | Filer Name:<br>Zeccola, Kathleen KAZ<br>Number of Pages:<br>1<br>Doc Type:<br>Lead Document<br>Filing Id:<br>52645283 |
| 07/01/2013 | 9 | RETURNED ON 7-1-13 | Filer Name:<br>Pierce, Dot DAP<br>Number of Pages:<br>8<br>Doc Type:<br>Lead Document<br>Filing Id:<br>53072034 |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document

EFiled: Mar 27 2013 05:43PM EDT
Transaction ID 51355837
Case No. N13J-00945

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SOJITZ CORPORATION

           Plaintiff,

     v.

PRITHVI INFORMATION SOLUTIONS LIMITED

           Defendant.

Misc. No. 12- 471

## ENTRY OF JUDGMENT

AND NOW, to-wit, this 18TH day of December, 2012, upon the application of Plaintiff

Sojitz Corporation, it is hereby ORDERED that judgment is ENTERED for Plaintiff against

Defendant Prithvi Information Solutions Limited in the amount of $33,777,000.00.

_____
Clerk of Court

AO 451  (Rev.12/93)   Certification of Judgment

# UNITED STATES DISTRICT COURT

_____ Western _____      DISTRICT OF      _____ Pennsylvania _____

Sojitz Corporation

V.

Prithvi Information Solutions Limited

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:
2:12-mc-471

I, _____ Robert V. Barth, Jr. _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action on ___12/18/2012___ , as it
                                                                                                                                                                    Date

appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal

Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____ January 22, 2013 _____
Date

_Ad. Barth, J._
Clerk

s/ Edward Taylor
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the
Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed
in Rule 4(a) of the Federal Rules of Appellate Procedure ( † ) have been disposed of, the latest order disposing of such a motion having been
entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date].
..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

( † Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional
findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)



**EFiled: Mar 27 2013 05:43PM EDT**
**Transaction ID 51355837**
**Case No. N13J-00945**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| SOJITZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. |
| PRITHVI INFORMATION | ) | |
| SOLUTIONS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF FILING AND
### MAILING OF FOREIGN JUDGMENT
### PURSUANT TO 10 *DEL. C.* § 4783

STATE OF DELAWARE  )
                    )  SS.
NEW CASTLE COUNTY   )

VANESSA R. TIRADENTES, being duly sworn, deposes and says:

1.    I am counsel for Sojitz Corporation. On December 18, 2012, judgment was entered in the United States District Court for the Western District of Pennsylvania in favor of Sojitz Corporation, the judgment creditor (the "Creditor"), and against Prithvi Information Solutions Limited, the judgment debtor (the "Debtor"), in the principal amount of $33,777,000.00 (the "Judgment").

2.    The Creditor was the plaintiff in the action before the United States District Court for the Western District of Pennsylvania, and now seeks to file the Judgment in the State of Delaware in accordance with 10 *Del. C.* § 4782. The purpose of this affidavit is so that notice of

the filing of the Judgment as a foreign judgment may be given to the Debtor pursuant to 10 *Del. C.* § 4783.

      3.     In accordance with its practices, the United States District Court for the Western District of Pennsylvania has supplied a certified copy of the Judgment. The original certified copy of the Judgment has been filed with the Prothonotary of the Superior Court of the State of Delaware in and for New Castle County, together with the original copy of this affidavit. A copy of the certified Judgment is being forwarded to the Debtor together with a copy of this affidavit.

      4.     The last known mailing addresses of the Debtor are:

> Prithvi Information Solutions Limited
> Manor Oak Two, Suite 441
> 1910 Cochran Road
> Pittsburgh, Pennsylvania 15220
>
> Prithvi Information Solutions Limited
> c/o J.P. Duffy
> DLA Piper LLP (US)
> 1251 Avenue of the Americas
> New York, New York 10020-1104

      5.     The Creditor's mailing address is:

> Sojitz Corporation
> 1-1 Uchisaiwaicho 2-chome
> Chiyoda-ku Tokyo
> 100-8691
> Japan

      6.     Pursuant to 10 *Del. C.* § 4783(b), a copy of the record reflecting the Judgment has been mailed, together with a copy of this affidavit, to the Debtor at the above addresses via certified mail, return receipt requested.

Dated: Wilmington, Delaware
      March 27, 2013

Vanessa R. Tiradentes (#5398)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

Sworn to before me this 27th.
day of March, 2013

Notary Public
TIFFANY NICOLE MATTHEWS
    NOTARY PUBLIC
    STATE OF DELAWARE
  My commission expires Sept. 27, 2016

3

EFiled: Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945



## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| SOJITZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N13J-00945 |
| | ) | |
| PRITHVI INFORMATION | ) | |
| SOLUTIONS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### WRIT OF ATTACHMENT - FIERI FACIAS

TO THE SHERIFF OF NEW CASTLE COUNTY, YOU ARE COMMANDED:

  To serve this Writ of Attachment on Prithvi Solutions, Inc., and attach, levy upon, and seize the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc. which stock is owned by the defendant, Prithvi Information Solutions Limited, Prithvi House, 2-56/2/19, Khanamet, Madhapur, Hyderabad -500 081, India, to satisfy the debt owed to the above named plaintiff by the defendant Prithvi Information Solutions Limited pursuant to 8 *Del. C.* §324 in the amount of $**33,794,912**.

  The amounts the defendant owes are:

| | |
|---|---|
| **Debt:** | $33,777,000.00 ($0.00 has been paid to date) |
| **Interest to date:** | $ 17,822.00 (per diem $166.56 ) |
| **Plaintiff's Court Costs:** | Included |
| **Miscellaneous Costs:** | Included |
| **Prothonotary Filing:** | $50.00 |
| **Sheriff:** | $40.00 |

Plus post judgment interest at $166.56 *per diem*

                             _____
                             Prothonotary

Issued: _____  Per_____
                             Deputy



EFiled:  Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,            )
                                )
        Plaintiff,          )
                                )
       v.              )  C.A. No. N13J-00945
                                )
PRITHVI INFORMATION            )
SOLUTIONS LIMITED,             )
                                )
        Defendant.     )
                                )

### PRAECIPE FOR ISSUANCE OF WRIT OF ATTACHMENT OF STOCK
### PURSUANT TO 8 *DEL. C.* §324

TO:    Prothonotary
       New Castle County Superior Court
       500 N. King Street
       Wilmington, DE 19901

Please issue a Writ of Attachment *fi.fa.* to the Sheriff of New Castle County to attach the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc., which stock is owned by the defendant, Prithvi Information Solutions Limited ("Defendant"), and currently in the possession of the Defendant as follows:

Prithvi Information Solutions Limited
Prithvi House, 2-56/2/19
Khanamet, Madhapur, Hyderabad -500 081, India

Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by leaving copies thereof at its principal place of business in this state pursuant to 8 *Del. C.* § 321 (a), as follows:

Prithvi Solutions, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by serving the Hon. Jeffrey W. Bullock, Secretary of State of the State of Delaware pursuant to 8 *Del. C.* § 321 (b), as follows:

Secretary of State
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, Delaware 19901

Dated: April 4, 2013                    BAYARD, P.A.

                                        /s/ Stephen B. Brauerman (No. 4952)
                                        Stephen B. Brauerman (No. 4952)
                                        Vanessa R. Tiradentes (No. 5398)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19899
                                        (302) 655-5000

                                        Attorneys for Plaintiff Sojitz Corporation

2

EFiled:  May 06 2013 08:50AM EDT
Transaction ID 52123905
EFiled:  Apr 96 2013 06:52PM
Transaction ID 51543893
Case No. N13J-00945

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,               )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   C.A. No. N13J-00945
                                  )
PRITHVI INFORMATION               )
SOLUTIONS LIMITED,                )
                                  )
          Defendant.              )
                                  )

## WRIT OF ATTACHMENT - FIERI FACIAS

TO THE SHERIFF OF NEW CASTLE COUNTY, YOU ARE COMMANDED:

To serve this Writ of Attachment on Prithvi Solutions, Inc., and attach, levy upon, and seize the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc. which stock is owned by the defendant, Prithvi Information Solutions Limited, Prithvi House, 2-56/2/19, Khanamet, Madhapur, Hyderabad -500 081, India, to satisfy the debt owed to the above named plaintiff by the defendant Prithvi Information Solutions Limited pursuant to 8 *Del.* §324 in the amount of **$33,794,912.**

The amounts the defendant owes are:

|                          |                                       |
|--------------------------|---------------------------------------|
| **Debt:**                | $33,777,000.00 ($0.00 has been paid to date) |
| **Interest to date:**    | $ 17,822.00 (per diem $166.56 )        |
| **Plaintiff's Court Costs:** | Included                          |
| **Miscellaneous Costs:** | Included                              |
| **Prothonotary Filing:** | $50.00                                |
| **Sheriff:**             | $40.00                                |

Plus post judgment interest at $166.56 *per diem*

Prothonotary _____

Issued: _____          Per_____
                                         Deputy

**WRIT ISSUED**   MAY 0 7 2013

DATE: _____
NCC
CHECK NO.: 15562
AMT: 30.00

EFiled: Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,                )
                                   )
            Plaintiff,             )
                                   )
      v.                           )  C.A. No. N13J-00945
                                   )
PRITHVI INFORMATION                )
SOLUTIONS LIMITED,                 )
                                   )
            Defendant.             )
                                   )

PRAECIPE FOR ISSUANCE OF WRIT OF ATTACHMENT OF STOCK
PURSUANT TO 8 *DEL. C.* §324

TO:  Prothonotary
     New Castle County Superior Court
     500 N. King Street
     Wilmington, DE 19901

     Please issue a Writ of Attachment *fi.fa.* to the Sheriff of New Castle County to attach the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc., which stock is owned by the defendant, Prithvi Information Solutions Limited ("Defendant"), and currently in the possession of the Defendant as follows:

Prithvi Information Solutions Limited
Prithvi House, 2-56/2/19
Khanamet, Madhapur, Hyderabad -500 081, India

     Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by leaving copies thereof at its principal place of business in this state pursuant to 8 *Del. C.* § 321 (a), as follows:

Prithvi Solutions, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

     Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by serving the Hon. Jeffrey W. Bullock, Secretary of State of the State of Delaware pursuant to 8 *Del. C.* § 321 (b), as follows:

Secretary of State
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, Delaware 19901

Dated: April 4, 2013

BAYARD, P.A.

/s/ Stephen B. Brauerman (No. 4952)

Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000

Attorneys for Plaintiff Sojitz Corporation

2

EFiled: May 09 2013 09:45AM EDT
Transaction ID 52197305
Case No. N13J-00945



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Trinidad Navarro**
Sheriff

5/8/2013

Court Case # N13J-00945

Fi Fa Garnishment

## SOJITZ CORPORATION
### vs
## PRITHVI INFORMATION SOLUTIONS LIMITED

Entity - PRITHVI SOLUTIONS INC

On 5/7/2013 at 4:15 PM a copy of the within writ together with a copy of the Fi Fa Garnishment were served upon PAUL MATHEWS, a representative for the registered agent CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 .

Fees Paid: $30.00

Per: Deputy Sheriff, Deane Cressman

SO ANS;

*Trinidad Navarro*

SHERIFF

PER   Lelitia Gasby

Sheriff # 13-004482



EFiled:  Jun 06 2013 01:25PM EDT
Transaction ID 52649283
Case No. N13J-00945

EFiled:  Apr 04 2013 06:52PM
Transaction ID 51543893
Case No. N13J-00945

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| SOJITZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N13J-00945 |
| | ) | |
| PRITHVI INFORMATION | ) | |
| SOLUTIONS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRAECIPE FOR ISSUANCE OF WRIT OF ATTACHMENT OF STOCK
PURSUANT TO 8 *DEL. C.* §324**

TO:  Prothonotary
New Castle County Superior Court
500 N. King Street
Wilmington, DE 19901

Please issue a Writ of Attachment *fi.fa.* to the Sheriff of New Castle County to attach the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc., which stock is owned by the defendant, Prithvi Information Solutions Limited ("Defendant"), and currently in the possession of the Defendant as follows:

Prithvi Information Solutions Limited
Prithvi House, 2-56/2/19
Khanamet, Madhapur, Hyderabad -500 081, India

Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by leaving copies thereof at its principal place of business in this state pursuant to 8 *Del. C.* § 321 (a), as follows:

Prithvi Solutions, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by serving the Hon. Jeffrey W. Bullock, Secretary of State of the State of Delaware pursuant to 8 *Del. C.* § 321 (b), as follows:

**WRIT ISSUED**
DATE: 6-7-2013
NCC Sheriff
CHECK NO.: 156.30
AMT: 30.00

EFiled:  Jul 01 2013 11:07AM EDT
Transaction ID 53072034
Case No. N13J-00945

EFiled: Apr 04 2013 06:52PM
Transaction ID 51543893
Case No. N13J-00945

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,            )
                               )
        Plaintiff,             )
                               )
    v.                         )   C.A. No. N13J-00945
                               )
PRITHVI INFORMATION            )
SOLUTIONS LIMITED,             )
                               )
        Defendant.             )
                               )

## WRIT OF ATTACHMENT - FIERI FACIAS

TO THE SHERIFF OF NEW CASTLE COUNTY, YOU ARE COMMANDED:

    To serve this Writ of Attachment on Prithvi Solutions, Inc., and attach, levy upon, and seize the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc. which stock is owned by the defendant, Prithvi Information Solutions Limited, Prithvi House, 2-56/2/19, Khanamet, Madhapur, Hyderabad -500 081, India, to satisfy the debt owed to the above named plaintiff by the defendant Prithvi Information Solutions Limited pursuant to 8 *Del. C.* §324 in the amount of **$33,794,912.**

    The amounts the defendant owes are:

|                          |                                      |
|--------------------------|--------------------------------------|
| **Debt:**                | $33,777,000.00 ($0.00 has been paid to date) |
| **Interest to date:**    | $ 17,822.00 (per diem $166.56 )      |
| **Plaintiff's Court Costs:** | Included                         |
| **Miscellaneous Costs:** | Included                             |
| **Prothonotary Filing:** | $50.00                               |
| **Sheriff:**             | $40.00                               |

Plus post judgment interest at $166.56 *per diem*

Issued: _6/7/13_

6/11/13  (SC)
        Judgement
Vanessa - 429-4228

Should be wag att
Sending Correct
Case & documents

2013 JUN 21  AM 10: 53

FILED PROTHONOTARY
SUSSEX COUNTY

EFiled: Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,                  )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )   C.A. No. N13J-00945
                                     )
PRITHVI INFORMATION                  )
SOLUTIONS LIMITED,                   )
                                     )
        Defendant.                   )
                                     )

## PRAECIPE FOR ISSUANCE OF WRIT OF ATTACHMENT OF STOCK
## PURSUANT TO 8 *DEL. C.* §324

TO:    Prothonotary
       New Castle County Superior Court
       500 N. King Street
       Wilmington, DE 19901

       Please issue a Writ of Attachment *fi.fa.* to the Sheriff of New Castle County to attach the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc., which stock is owned by the defendant, Prithvi Information Solutions Limited ("Defendant"), and currently in the possession of the Defendant as follows:

Prithvi Information Solutions Limited
Prithvi House, 2-56/2/19
Khanamet, Madhapur, Hyderabad -500 081, India

       Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by leaving copies thereof at its principal place of business in this state pursuant to 8 *Del. C.* § 321 (a), as follows:

Prithvi Solutions, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

       Please further direct the Sheriff of New Castle County to serve a copy of the Writ of Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by serving the Hon. Jeffrey W. Bullock, Secretary of State of the State of Delaware pursuant to 8 *Del. C.* § 321 (b), as follows:

6/10/13
vm to
Stephen
Brauerman

**WRIT ISSUED**
DATE: 6-7-2013
NCC *Sheriff*
CHECK NO.: 15630
AMT: 30.00

2013 JUN 21 AM 10:53
FILED PROTHONOTARY
SUSSEX COUNTY

Secretary of State
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, Delaware 19901

Dated: April 4, 2013                    BAYARD, P.A.

                                        /s/ Stephen B. Brauerman (No. 4952)
                                        Stephen B. Brauerman (No. 4952)
                                        Vanessa R. Tiradentes (No. 5398)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19899
                                        (302) 655-5000

                                        Attorneys for Plaintiff Sojitz Corporation

2

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| Transaction ID: | 51543893 |
| Submitted by: | Stephen Brauerman, Bayard PA |
| Authorized by: | Stephen Brauerman, Bayard PA |
| Authorize and file on: | Apr 4 2013 6:52PM EDT |

| | |
|---|---|
| Court: | DE Superior Court-New Castle County |
| Division/Courtroom: | N/A |
| Case Class: | Civil-Judgments |
| Case Type: | Judgment: Foreign Judgment |
| Case Number: | N13J-00945 |
| Case Name: | Sojitz Corporation vs Prithvi Information Solutions Limited |

| | |
|---|---|
| Transaction Option: | File Only |
| Billing Reference: | 36701-1 |
| Read Status for e-service: | N/A |

**Documents List**
2 Document(s)
Attached Document, 1 Pages   Document ID: 55557608

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Judgment - Execution FIFA Attachment | Public | $50.50 | Yes |

Document title:
Writ of Attachment of Stock Pursuant to 8 Del. C. s 324

Attached Document, 2 Pages   Document ID: 55557625
Related Document ID: 55557608

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Praecipe | Public | $0.50 | |

Document title:
Praecipe for Writ of Attachment of Stock Pursuant to 8 Del. C. s 324

Expand All

⊟ **Sending Parties (2)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Sojitz Corp | Plaintiff | Tiradentes, Vanessa R | Bayard PA | Attorney in Charge |
| Sojitz Corp (pending) | Plaintiff | Brauerman, Stephen | Bayard PA | Attorney in Charge |

⊟ **Recipients (0)**

⊟ Service List (0)

Delivery Option Party Party Type Attorney Firm Attorney Type Method
No selections made.

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

File & Serve Xpress    About File & ServeXpress | Terms & Conditions | Privacy | Customer Support – 1-888-529-7587
Copyright © 2013 File & ServeXpress Holdings, LLC. All rights reserved.



EFiled:  Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,                    )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )   C.A. No. N13J-00945
                                       )
PRITHVI INFORMATION                    )
SOLUTIONS LIMITED,                     )
                                       )
        Defendant.                     )
                                       )

## PRAECIPE FOR ISSUANCE OF WRIT OF ATTACHMENT OF STOCK
### PURSUANT TO 8 *DEL. C.* §324

TO:   Prothonotary
      New Castle County Superior Court
      500 N. King Street
      Wilmington, DE 19901

        Please issue a Writ of Attachment *fi.fa.* to the Sheriff of New Castle County to attach the
certificated stock in a Delaware corporation known as Prithvi Solutions, Inc., which stock is
owned by the defendant, Prithvi Information Solutions Limited ("Defendant"), and currently in
the possession of the Defendant as follows:

                        Prithvi Information Solutions Limited
                             Prithvi House, 2-56/2/19
                      Khanamet, Madhapur, Hyderabad -500 081, India

        Please further direct the Sheriff of New Castle County to serve a copy of the Writ of
Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by leaving copies thereof at its principal
place of business in this state pursuant to 8 *Del. C.* § 321 (a), as follows:

                             Prithvi Solutions, Inc.
                         c/o Corporation Service Company
                         2711 Centerville Road, Suite 400
                           Wilmington, Delaware 19808

        Please further direct the Sheriff of New Castle County to serve a copy of the Writ of
Attachment *fi.fa.* on the said Prithvi Solutions, Inc., by serving the Hon. Jeffrey W. Bullock,
Secretary of State of the State of Delaware pursuant to 8 *Del. C.* § 321 (b), as follows:

Secretary of State
John G. Townsend Bldg.
401 Federal Street, Suite 4
Dover, Delaware 19901

Dated: April 4, 2013                    BAYARD, P.A.

                                        /s/ Stephen B. Brauerman (No. 4952)
                                        Stephen B. Brauerman (No. 4952)
                                        Vanessa R. Tiradentes (No. 5398)
                                        222 Delaware Avenue, Suite 900
                                        Wilmington, Delaware 19899
                                        (302) 655-5000

                                        Attorneys for Plaintiff Sojitz Corporation

2

EFiled:  Apr 04 2013 06:52PM EDT
Transaction ID 51543893
Case No. N13J-00945

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SOJITZ CORPORATION,                        )
                                            )
           Plaintiff,                       )
                                            )
     v.                                     )   C.A. No. N13J-00945
                                            )
PRITHVI INFORMATION                         )
SOLUTIONS LIMITED,                          )
                                            )
           Defendant.                       )
                                            )

## WRIT OF ATTACHMENT - FIERI FACIAS

TO THE SHERIFF OF NEW CASTLE COUNTY, YOU ARE COMMANDED:

        To serve this Writ of Attachment on Prithvi Solutions, Inc., and attach, levy upon, and
seize the certificated stock in a Delaware corporation known as Prithvi Solutions, Inc. which
stock is owned by the defendant, Prithvi Information Solutions Limited, Prithvi House, 2-
56/2/19, Khanamet, Madhapur, Hyderabad -500 081, India, to satisfy the debt owed to the above
named plaintiff by the defendant Prithvi Information Solutions Limited pursuant to 8 *Del. C.*
§324 in the amount of **$33,794,912.**

        The amounts the defendant owes are:

| | |
|---|---|
| Debt: | $33,777,000.00 ($0.00 has been paid to date) |
| Interest to date: | $ 17,822.00 (per diem $166.56 ) |
| Plaintiff's Court Costs: | Included |
| Miscellaneous Costs: | Included |
| Prothonotary Filing: | $50.00 |
| Sheriff: | $40.00 |

plus post judgment interest at $166.56 *per diem*

Issued: ___6/7/13___

Prothonotary _____

Per _____
Deputy

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 51543893 |
| **Submitted by:** | Stephen Brauerman, Bayard PA |
| **Authorized by:** | Stephen Brauerman, Bayard PA |
| **Authorize and file on:** | Apr 4 2013 6:52PM EDT |

| | |
|---|---|
| **Court:** | DE Superior Court-New Castle County |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Judgments |
| **Case Type:** | Judgment: Foreign Judgment |
| **Case Number:** | N13J-00945 |
| **Case Name:** | Sojitz Corporation vs Prithvi Information Solutions Limited |

| | |
|---|---|
| **Transaction Option:** | File Only |
| **Billing Reference:** | 36701-1 |
| **Read Status for e-service:** | N/A |

**Documents List**
**2 Document(s)**
**Attached Document, 1 Pages   Document ID: 55557608**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Judgment - Execution FIFA Attachment | Public | $50.50 | Yes |

**Document title:**
Writ of Attachment of Stock Pursuant to 8 Del. C. s 324
**Attached Document, 2 Pages   Document ID: 55557625**
Related Document ID: 55557608

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Praecipe | Public | $0.50 | |

**Document title:**
Praecipe for Writ of Attachment of Stock Pursuant to 8 Del. C. s 324

Expand All

⊟ **Sending Parties (2)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Sojitz Corp | Plaintiff | Tiradentes, Vanessa R | Bayard PA | Attorney in Charge |
| Sojitz Corp (pending) | Plaintiff | Brauerman, Stephen | Bayard PA | Attorney in Charge |

⊟ **Recipients (0)**

  ⊟ Service List (0)

  **Delivery Option Party Party Type Attorney Firm Attorney Type Method**
  No selections made.

  ⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

File & Serve Xpress   About File & ServeXpress | Terms & Conditions | Privacy | Customer Support – 1-888-529-7587
Copyright © 2013 File & ServeXpress Holdings, LLC. All rights reserved.