# Exhibit C

# State of Delaware
## Annual Franchise Tax Report

| CORPORATION NAME | | | TAX YR. |
|---|---|---|---|
| PRITHVI SOLUTIONS, INC. | | | 2013 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 4379418 | 2007/06/27 | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 4330 COMMERCE DR<br>BATAVIA, NY 14020 | (905)452-0392 |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE  19808 | 9000014 |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2007/06/27 | | COMMON | 1,000 | .0100000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| KIRAN | KULKARNI | 1 WILKINSON RD<br>BRAMPTON, ONTARIO L6T4M6 CA | CEO |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| KIRAN | KULKARNI | 1 WILKINSON RD<br>BRAMPTON, ONTARIO L6T4M6 CA |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| KIRAN  KULKARNI<br>1 WILKINSON RD<br>BRAMPTON, ONTARIO L6T4M6 CA | 2020/08/10 | CEO |