# Exhibit D

FILED
18 MAY -2 PM 3:38
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| KYKO GLOBAL INC., a Canadian corporation and KYKO GLOBAL GMBH a Bahamian corporation,<br><br>Judgment Creditors,<br><br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., et al.,<br><br>Judgment Debtors. | Case No. 13-2-41165-2 SEA<br><br>[Proposed] ORDER REQUIRING PRITHVI INFORMATION SOLUTIONS LTD. TO TURN OVER SHARES IN PRITHVI SOLUTIONS INC. TO KYKO GLOBAL INC. AND KYKO GLOBAL GMBH |

This matter came before ERIC B. WATNESS, having been duly appointed as REFEREE in the above-referenced proceeding under the ORDER GRANTING MOTION FOR REFEREE entered on May 30, 2014 by the Honorable Marianne C. Spearman, Chief Civil Judge, King County Superior Court, and having reviewed the Order and various Motions and Pleadings as set forth below, enters the following Rulings:

IT IS HEREBY ORDERED as follows:

1. WHEREAS on September 6, 2013, Judgment Creditors Kyko Global Inc. and Kyko Global GmbH (collectively, "Kyko") obtained a judgment in United States District Court, Western District of Washington (Case No. 2:13-CV-1034 MJP) against Judgment Debtors including but not limited to Prithvi Information Solutions Ltd. ("PISL") and Prithvi Solutions Inc. ("PSI") in the amount of $17,568,854 with interest accruing at the rate of 2.45% per month;

2. WHEREAS on June 30, 2016, Kyko obtained a final judgment in United States District Court, Western District of Washington (Case No. 2:13-CV-1034 MJP) against Judgment Debtors including but not limited to PISL and PSI in the amount of $134,318,640 (the "Final Judgment");

3. WHEREAS Judgment Debtor PISL owns all of the issued and outstanding shares in the capital of Judgment Debtor PSI; SEE EXH A ATTACHED.

4. PISL is hereby ordered to turn over or surrender its right to possess any shares in PSI (the "Shares"), and PSI is hereby ordered to reissue new share certificates in the name of Kyko Global GmbH to evidence compliance therewith;

5. PSI is hereby ordered to (i) recognize the transfer of the Shares to Kyko Global GmbH, (ii) record such transfer on PSI's book and records (iii) effect the issuance of replacement shares in the name of Kyko Global GmbH, and (iv) take all steps necessary to remove the current directors and officers of PSI and replace them with Kiran Kulkarni as Kyko Global GmbH's nominee for sole director and officer of PSI;

6. Kyko Global GmbH shall be entitled to exercise all rights as sole shareholder of PSI, and Kiran Kulkarni shall be entitled to exercise all rights as sole director and officer of PSI; and

7. Kyko shall be entitled to sell, transfer, or otherwise dispose of the Shares as it sees fit, and shall report to the Referee within fourteen (14) days of doing so to obtain credit against the Judgment in the appropriate amount. In the event that Kyko Global GmbH decides to retain the Shares, it shall provide the Referee with a valuation thereof within twelve (12) months of the ruling so that appropriate credit may be applied to the Final Judgment.

DATED THIS 16TH day of February, 2017

Eric B. Watness, Commissioner (Ret.), Referee

Presented by:

_____
**Darian Stanford, #44604**
**Slinde Nelson Stanford**

Attorneys for Judgment Creditors
Kyko Global, Inc. and Kyko Global
GMBH

Exhibit A

SUPPLEMENTAL FINDINGS

In response to the Request of Kyko Global Inc., et al, for an Order to Transfer Shares of Prithvi Information Solutions LTD ("shares") the Referee received an unsworn statement via email from Defendant, Madhavi Vuppalapati, alleging that these shares were turned over to Sojitz Corporation pursuant to a Writ of Attachment entered on April 4, 2013 in Castle County Superior Court for Delaware cause number C.A. No. N13J-00945. No documentary evidence was submitted to verify that allegation. And the Delaware Secretary of State reveals no filings relating to PSI after June 27, 2007. Since Sojitz Corporation is not a party to this matter any conflict over the rights to ownership of these shares cannot be adjudicated here and should be resolved separately between Kyko Global Inc., et al, and Sojitz Corporation.

## PROOF OF SERVICE BY E-Mail

Re: Kyko Global Inc. et al vs. Prithvi Information Solutions, Ltd, et al
Reference No. 1160020059

I, Michelle Nemeth, not a party to the within action, hereby declare that on February 17, 2017, I served the attached Order Requiring Prithvi Information Solutions Ltd. To turn Over shares in Prithvi Solutions Inc. to Kyko Global Inc. and Kyko Global GMBH on the parties in the within action by electronic mail at Seattle, WASHINGTON, addressed as follows:

Darian A. Stanford Esq.
Slinde Nelson Stanford
111 SW Fifth Ave.
Suite 1940
Portland, OR  97204
Phone: 503-417-7777
darian@slindenelson.com
   Parties Represented:
   Kyko Global Inc.

Ms. Madhavi Vuppalapati
Prithvi Information Solutions
Aditya Sunshine, Apt. No. D705
Kondapur, HITEC City Area
Hyderabad,
India
Phone: 412-304-5773
vuppalapatim@gmail.com
   Parties Represented:

I declare under penalty of perjury the foregoing to be true and correct. Executed at Seattle, WASHINGTON on February 17, 2017.

*/s/ Michelle Nemeth*

Michelle Nemeth
JAMS
mnemeth@jamsadr.com