IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:18-cv-1290 |
| v. | Hon. William S. Stickman IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
| *Defendants*. | |

## HEARING MEMO

HEARING HELD:  Telephonic Status Conference
DATE HEARING HELD:  August 19, 2020
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiffs: | Appearing for Defendants: |
|---|---|
| Jayson M. Macyda, Esquire | Michael H. Ginsberg, Esquire |
| Joseph F. Rodkey, Jr., Esquire | Douglas Baker, Esquire |
| | John D. Goetz, Esquire |
| | Jeffrey T. Morris, Esquire |

Conference began at 2:30 PM                            Conference concluded at 3:05 PM

OUTCOME:

Discussion regarding SSG Defendants' Request for an Evidentiary Hearing On The Capacity Of PSI, And The Standing Of Kyko, To Bring This Action (ECF No. 179).  The parties are permitted additional briefing, not to exceed twenty (20) pages, within one week.  No stay will be granted.