IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation, PRITHVI SOLUTIONS, INC., a Delaware Corporation<br><br>    Plaintiffs,<br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, VALUE TEAM CORPORATION, a British Virgin Islands corporation, SSG CAPITAL PARTNERS I, L.P., a Cayman Islands Limited Partnership, SSG CAPITAL MANAGEMENT (HONG KONG) LIMITED, a private Hong Kong company, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an Individual, SHYAM MAHESHWARI, an individual, IRA SYAVITRI NOOR A/K/A IRA NOOR VOURLOUMIS, an individual, DINESH GOEL, an individual, WONG CHING HIM a/k/a Edwin Wong, an individual, ANDREAS VOURLOUMIS, an individual, PRITHVI ASIA SOLUTIONS LIMITED, a Hong Kong company<br><br>    Defendants. | Case No. 2:18-cv-1290-WSS |

### NOTICE OF SUBMISSION OF PLAINTIFFS' PROPOSED PROTECTIVE ORDER

NOW COME Plaintiffs Kyko Global, Inc., Kyko Global GmbH, and Prithvi Solutions Inc. (collectively "Plaintiffs"):

The Defendants proposed entry of the version of a protective order found in the Court's local patent rules, LPR Appx. 2.2 with no modification. Plaintiffs proposed several modifications to the standard form which Defendants have rejected.

Pursuant to the Court's Case Management Order (ECF No. 174), Plaintiffs attach hereto

1

as **Exhibit A**, a red-line of the form protective order reflecting Plaintiff's proposed modifications to terms and conditions and to Appendix A and B forms related to experts and vendors. A clean copy reflecting Plaintiffs' proposed modifications is attached as **Exhibit B**.

        Respectfully submitted,

        */s/ Joseph F. Rodkey, Jr.*
        Pa. I.D. No. 66757

        FOWKES ♦ RODKEY
        732 Allegheny River Blvd.
        P.O. Box 173
        Oakmont, PA 15139

        (412) 828-2802 (Phone)
        (412) 828-2588 (Fax)
        jrodkey@fowkesrodkey.com

        Jayson M. Macyda
        Jayson M. Macyda (admitted *pro hac vice*)
        Kyko Global, Inc.
        P.O. Box 87491
        Canton, MI 48187
        (248) 243-6685
        generalcounsel@kykoglobal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served via the Court's CM/ECF Notification System on this 25th day of August, 2020 upon the following:

        Michael H. Ginsberg
        mhginsberg@jonesday.com
        John D. Goetz
        jdgoetz@jonesday.com
        Douglas Baker
        ddbaker@jonesday.com
        JONES DAY
        500 Grant Street, Suite 4500
        Pittsburgh, PA  15219-2514

        **Counsel for Defendants:**

        **SSG Capital Partners I, L.P.**
        **SSG Capital Management (Hong Kong) Limited**
        **Shyam Maheshwari**
        **Ira Syavitri Noor a/k/a Ira Noor Vourloumis**
        **Dinesh Goel**
        **Wong Ching Him a/k/a Edwin Wong**
        **Andreas Vourloumis**
        **Value Team Corporation**

        Jeffrey T. Morris
        Elliott & Davis, PC
        6425 Living Place, Suite 200
        Pittsburgh PA 15206
        morris@elliott-davis.com

        **Counsel for Defendant, Anandhan Jayaraman**

        The undersigned certifies that a true and correct copy of the foregoing document was served via U.S. Mail for posting on this 25th day of August, 2020 upon the following:

        Prithvi Information Solutions, LTD.
        Prithvi Asia Solutions Limited
        214 S. Craig Street
        Suite 5
        Pittsburgh, PA 15213

        The undersigned certifies that a true and correct copy of the foregoing document was served via Email on this 25th day of August, 2020 upon Madhavi Vuppalapati by sending an email to:

        Madhavi@prithvisolutions.com
        Vuppalapatim@gmail.com
        Satish@prithvisolutions.com
        Vuppalapatis@gmail.com
        ajayaraman@gmail.com

        */s/ Joseph F. Rodkey, Jr.*