# Exhibit A

# Baker, Douglas D.

| | |
|---|---|
| **From:** | Joseph Rodkey <jrodkey@fowkesrodkey.com> |
| **Sent:** | Tuesday, August 25, 2020 3:30 PM |
| **To:** | Baker, Douglas D.; Jayson Macyda |
| **Cc:** | Goetz, John D.; Ginsberg, Michael H.; Jeffrey Morris |
| **Subject:** | RE: Initial Disclosures/Protective Order |

**\*\* External mail \*\***

Doug,

The Court order is clear that if the parties cannot agree each party is to submit their own redline.

We intend to do that forthwith.

-Joe


```
Joseph F. Rodkey, Jr., Esq.

FOWKES RODKEY
P.O. Box 173
732 Allegheny River Boulevard
Oakmont, PA 15139

Phone:   412-828-2802
Fax:     412-828-2588
Email:   jrodkey@fowkesrodkey.com<mailto:jrodkey@fowkesrodkey.com><mailto:jrodkey@fowkesrodk
ey.com>
Web:     www.fowkesrodkey.com<http://www.fowkesrodkey.com><http://www.fowkesrodkey.com>
```

```
This E-mail, along with any attachments, is considered confidential and may well be legally
privileged. If you have received it in error, you are on notice of its status. Please notify
us immediately by reply e-mail and then delete this message from your system. Please do not
copy it or use it for any purposes, or disclose its contents to any other person. Thank you
for your cooperation.
* * *
To ensure compliance with Treasury Department regulations, we inform you that, unless
otherwise indicated in writing, any U.S. Federal tax advice contained in this
communication  (including any attachments) is not intended or written to be used, and cannot
be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or
applicable state and local provisions or (2) promoting, marketing or recommending to another
party any tax-related matters addressed herein.
```

---

**From:** Baker, Douglas D. [mailto:ddbaker@jonesday.com]
**Sent:** Tuesday, August 25, 2020 3:19 PM
**To:** Joseph Rodkey; Jayson Macyda
**Cc:** Goetz, John D.; Ginsberg, Michael H.; Jeffrey Morris
**Subject:** RE: Initial Disclosures/Protective Order

1

Hi Joe,

I believe the Court's order requires it to be a joint motion. We would like to identify why we disagree with Plaintiffs' proposed revisions to the standard order. We will send you something shortly.

Thanks,

**Douglas Baker**
Associate
**JONES DAY® - One Firm Worldwide℠**
500 Grant Street, Suite 4500
Pittsburgh, PA 15222
Office +1.412.394.9546 (ext. 4.9546)
ddbaker@jonesday.com

---

**From:** Joseph Rodkey <jrodkey@fowkesrodkey.com>
**Sent:** Tuesday, August 25, 2020 3:16 PM
**To:** Baker, Douglas D. <ddbaker@jonesday.com>; Jayson Macyda <GeneralCounsel@kykoglobal.com>
**Cc:** Goetz, John D. <jdgoetz@JonesDay.com>; Ginsberg, Michael H. <mhginsberg@JonesDay.com>; Jeffrey Morris <morris@elliott-davis.com>
**Subject:** RE: Initial Disclosures/Protective Order

**\*\* External mail \*\***


Doug,

We understand that the SSG Defendants have no changes to the form protective order taken from the local patent rules that you circulated. While some of the terms are unnecessary given that it is for patent cases, Plaintiffs do have relevant and important proposed revisions to certain provisions which have been proposed and which you confirm the SSG Defendants have rejected.

Accordingly, pursuant to the Court's directive (ECF No. 174), Plaintiffs will submit their redline to the Court for consideration.

-Joe


```
Joseph F. Rodkey, Jr., Esq.

FOWKES RODKEY
P.O. Box 173
732 Allegheny River Boulevard
Oakmont, PA 15139

Phone:   412-828-2802
Fax:     412-828-2588
Email:   jrodkey@fowkesrodkey.com<mailto:jrodkey@fowkesrodkey.com><mailto:jrodkey@fowkesrodk
ey.com>
Web:     www.fowkesrodkey.com<http://www.fowkesrodkey.com><http://www.fowkesrodkey.com>
```

```
This E-mail, along with any attachments, is considered confidential and may well be legally
privileged. If you have received it in error, you are on notice of its status. Please notify
us immediately by reply e-mail and then delete this message from your system. Please do not
copy it or use it for any purposes, or disclose its contents to any other person. Thank you
for your cooperation.
* * *
To ensure compliance with Treasury Department regulations, we inform you that, unless
otherwise indicated in writing, any U.S. Federal tax advice contained in this
communication  (including any attachments) is not intended or written to be used, and cannot
be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or
applicable state and local provisions or (2) promoting, marketing or recommending to another
party any tax-related matters addressed herein.
```

**From:** Baker, Douglas D. [mailto:ddbaker@jonesday.com]
**Sent:** Monday, August 24, 2020 4:22 PM
**To:** Jayson Macyda
**Cc:** Goetz, John D.; Ginsberg, Michael H.; Jeffrey Morris; Joseph Rodkey
**Subject:** RE: Initial Disclosures/Protective Order

Jayson,

We do not agree with your proposed revisions to the standard protective order.  We propose simply entering the standard protective order.  During the case management conference, the Court explained that any disagreement regarding the content of the protective order should be set forth in redline.  Please let us know if you would like us to file the protective order with your disagreements so identified. Thanks.

Regards,

**Douglas Baker**
Associate
**JONES DAY® - One Firm Worldwide℠**
500 Grant Street, Suite 4500
Pittsburgh, PA 15222
Office +1.412.394.9546 (ext. 4.9546)
ddbaker@jonesday.com

**From:** Jayson Macyda <GeneralCounsel@kykoglobal.com>
**Sent:** Saturday, August 22, 2020 11:44 AM
**To:** Baker, Douglas D. <ddbaker@jonesday.com>
**Cc:** Goetz, John D. <jdgoetz@JonesDay.com>; Ginsberg, Michael H. <mhginsberg@JonesDay.com>; Jeffrey Morris <morris@elliott-davis.com>; Joseph Rodkey <jrodkey@fowkesrodkey.com>
**Subject:** Re: Initial Disclosures/Protective Order

** External mail **

Doug:

Please see the attached redline and advise.

Thanks.

3

Sincerely,

Jayson M. Macyda
General Counsel - Kyko Global Inc. and Affiliates
248-243-6685
P.O. Box 87491
Canton, MI 48187 USA

On Thu, Aug 20, 2020 at 11:15 AM Baker, Douglas D. <ddbaker@jonesday.com> wrote:

> Jayson:
>
> We agree to a mutual 10-day extension on Initial Disclosures, meaning they will now be due September 4, 2020.
>
> On the protective order, we propose simply following the Court's standard protective order (see attached).
>
> Thanks,
>
> **Douglas Baker**
> Associate
> **JONES DAY® - One Firm Worldwide℠**
> 500 Grant Street, Suite 4500
> Pittsburgh, PA 15222
> Office +1.412.394.9546 (ext. 4.9546)
> ddbaker@jonesday.com
>
> **From:** Jayson Macyda <GeneralCounsel@kykoglobal.com>
> **Sent:** Tuesday, August 18, 2020 1:42 PM
> **To:** Goetz, John D. <jdgoetz@JonesDay.com>; Ginsberg, Michael H. <mhginsberg@JonesDay.com>; Baker, Douglas D. <ddbaker@jonesday.com>; Jeffrey Morris <morris@elliott-davis.com>
> **Cc:** Joseph Rodkey <jrodkey@fowkesrodkey.com>
> **Subject:** Initial Disclosures/Protective Order

** External mail **

Counsel:

As discussed in the Rule 26(f) Report, Plaintiffs hereby request a 10 extension of the time to file its Initial Disclosures. To the extent your clients want the same, Plaintiffs hereby give consent. Let me know.

Also, the SSG Defendants indicated that they want a protective order entered in this case. To date, Plaintiffs have not received the SSG Defendants' proposed order. Please provide this as Plaintiffs need sufficient time to review (it's due one week from today as you know).

Thanks.

Sincerely,

Jayson M. Macyda

General Counsel - Kyko Global Inc. and Affiliates

248-243-6685

P.O. Box 87491

Canton, MI 48187 USA

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***