EXHIBIT B

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| KYKO GLOBAL INC., a Canadian corporation and KYKO GLOBAL GMBH a Bahamian corporation,<br><br>Judgment Creditors,<br><br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., et al.,<br><br>Judgment Debtors. | Case No. 13-2-41165-2 SEA<br><br>CIVIL BENCH WARRANT<br><br>(MADHAVI VUPPALAPATI)<br><br>**(Clerk's Action Required)** |

TO:   ANY PEACE OFFICER IN THE STATE OF WASHINGTON

WHEREAS, the above-entitled court has made an entered an Order of Contempt and Order for Issuance of Civil Bench Warrant for Madhavi Vuppalapati, one of the judgment debtors in the above-entitled action, now therefore,

YOU ARE HEREBY DIRECTED TO APPREHEND SAID JUDGMENT DEBTOR, Madhavi Vuppalapati, before this Court for the reasons that Madhavi Vuppalapati failed to comply with the Court's September 26, 2014 Order and the Referee's September 29, 2014 Ruling and failed to appear before the Court on October 16, 2014. Cash bail ~~or bond~~ or bond on this warrant shall be in the amount of $ 6,000.

ORDER OF CONTEMPT AND ORDER FOR ISSUANCE OF CIVIL
BENCH WARRANT - 4

SEADOCS:469381.1
558590-0001

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

1   This warrant expires at midnight on October 16, 2017.
2   DATED __Oct 16__, __2014__.
3
4
5                                   _____
                                    Honorable Mariane Spearman
6
                        Barbara Miner, Clerk of the Superior Court
7                       For King County, WA
                                          _____ Deputy
8                                           S. MATYAS
9
10
11
12
13  Presented by:

14  *s/ Megan Starich*
    _____
    John R. Knapp, Jr., WSB No. 29343
15  James T. Yand, WSB No. 18730
    Megan L. Starich, WSB No. 47520
16  MILLER NASH LLP
    4400 Two Union Square
17  601 Union Street
    Seattle, WA 98101
18  Phone: (206) 622-8484
    Fax: (206) 622-7485
19  E-mail: john.knapp@millernash.com
    E-mail: james.yand@millernash.com
20  E-mail: megan.starich@millernash.com
    Attorneys for Judgment Creditors
21  Kyko Global, Inc. and Kyko Global GMBH

22
23
24
25
26

ORDER OF CONTEMPT AND ORDER FOR ISSUANCE OF CIVIL
BENCH WARRANT - 5

SEADOCS:469381.1
558590-0001

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

FILED

2014 OCT 16 PM 3:49

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

ISSUED

1
2
3
4
5
6

7      SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8  KYKO GLOBAL INC., a Canadian corporation
   and KYKO GLOBAL GMBH a Bahamian           Case No. 13-2-41165-2 SEA
9  corporation,
                                             ORDER OF CONTEMPT AND ORDER
10              Judgment Creditors,          FOR ISSUANCE OF CIVIL BENCH
                                             WARRANT
11      v.
                                             (MADHAVI VUPPALAPATI)
12 PRITHVI INFORMATION SOLUTIONS,
   LTD., et al.,                             (Clerk's Action Required)
13
                Judgment Debtors.
14

15      TO:    MADHAVI VUPPALAPATI

16             The Court having previously entered an Order to Show Cause dated October 1,

17  2014 and an Order to Show Cause dated October 7, 2014 requiring Madhavi Vuppalapati to

18  appear before the Court on October 16, 2014 at 1:30 p.m. and show cause on her failure to

19  comply with this Court's September 26, 2014 Order and the Referee's September 29, 2014

20  Ruling requiring her to produce records, documents and tangible items and to respond to certain

21  questions during her examination, the Orders to Show Cause having been served on Ms.

22  Vuppalapati on October 9, 2014, and Ms. Vuppalapati having failed to comply on or before

23  October 16, 2014, and failed to appear at the hearing as ordered by the Court, now, therefore,

24             The Court finds that, as a result of this failure to appear and otherwise abide by

25  legal process in the above-captioned matter, Ms. Vuppalapati is in CONTEMPT OF COURT.

26  "Contempt of court" is defined as "disobedience of any lawful judgment, decree, order, or

ORDER OF CONTEMPT AND ORDER FOR ISSUANCE OF CIVIL
BENCH WARRANT - 1

SEADOCS:469381.1
558590-0001

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

1 process of court" (*see* RCW 7.21.010(1)(b)) or "refusal" to "appear, be sworn, or, without lawful

2 authority to answer a question," or "produce a record, document, or other document." *Id.* at

3 (1)(c) and (d). Contempt in this case is established by Ms. Vuppalapati's willful failure to appear

4 before this Court today, her failure to produce the documents, records, information, and tangible

5 items she has been repeatedly ordered to produce, and on her failure to answer the questions

6 during her examination she has been repeatedly ordered to answer. *See e.g., In re King,* 110

7 Wn.2d 793, 797 (1988) ("[i]ntentional disobedience of a lawful court order is contempt").

8      Accordingly, IT IS ORDERED that the CLERK OF THE COURT will issue a

9 Civil Bench Warrant for Ms. Vuppalapati (in substantially the same form as attached hereto).

10 This warrant may be transmitted by facsimile. Madhavi Vuppalapati may be let to bail by

11 posting a bond for her appearance upon the warrant in the ~~full~~ amount of ~~the judgment~~ $6000.

12 Upon posting of the bail, Ms. Vuppalapati

13 ~~In addition, a remedial sanction of imprisonment in the King County jail until Ms.~~

14 shall appear on the next chief civil calendar

15 ~~Vuppalapati complies with the orders of this Court, including production of all requested~~

16 Thurs or Friday at 1:30pm in E863 of the

17 ~~documents, records, information and tangible items to Judgment Creditors' counsel's Seattle~~

18 King County Courthouse

19 ~~office and appears and responds as ordered for her examination, will be imposed against Ms.~~

20 ~~Vuppalapati, pursuant to RCW 7.21.030(1) and (2).~~

DONE IN OPEN COURT THIS 16 day of Oct, 2014.

                              _____
                              Superior Court Judge

ORDER OF CONTEMPT AND ORDER FOR ISSUANCE OF CIVIL
BENCH WARRANT - 2

SEADOCS:469381.1
558590-0001

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

Presented by:

*s/ Megan Starich*

John R. Knapp, Jr., WSB No. 29343
James T. Yand, WSB No. 18730
Megan L. Starich, WSB No. 47520
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: john.knapp@millernash.com
E-mail: james.yand@millernash.com
E-mail: megan.starich@millernash.com

Attorneys for Judgment Creditors
Kyko Global, Inc. and Kyko Global GMBH

ORDER OF CONTEMPT AND ORDER FOR ISSUANCE OF CIVIL
BENCH WARRANT - 3

SEADOCS:469381.1
558590-0001

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101