EXHIBIT D

https://courtconnect.courts.delaware.gov/public/ck_public_qry_doct.cp_dktrpt_frames?backto=P&case_id=N13J-00945&begin_date=&end_date=

_____

## Report Selection Criteria

**Case ID:** N13J-00945
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:** N13J-00945 - SOJITZ CORPORATION VS PRITHVI INFORMATION SOLUTION
**Filing Date:** Wednesday, March 27th, 2013
**Type:** JJ - FOREIGN JUDGMENT
**Status:** JUDGMENT - JUDGMENT

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | 5 | | PLAINTIFF | **SOJITZ CORP** |

**Address:** *unavailable* **Aliases:** *none*

| | | | | |
|---|---|---|---|---|
| 2 | | | ATTORNEY FOR PLAINTIFF | **TIRADENTES, VANESSA R** |

**Address:** BAYARD, PA
222 DELAWARE **Aliases:** *none*

AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON DE 19899

| | 3 | DEFENDANT | **PRITHVI INFORMATION SOLUTIONS LTD** |

**Address:** *unavailable*  **Aliases:** *none*

| | 4 | JUDGE | ***JUDGMENT, JUDGE NEW CASTLE** |

**Address:** *unavailable*  **Aliases:** *none*

| | 5 | ATTORNEY FOR PLAINTIFF | **BRAUERMAN, STEPHEN B** |

**Address:** BAYARD, P.A.
222 DELAWARE
AVENUE
SUITE 900
WILMINGTON DE 19801

**Aliases:** *none*

| | 6 | SHERIFF | **NEW CASTLE COUNTY, SHERIFF** |

**Address:** *unavailable*  **Aliases:** *none*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 27-MAR-2013 05:43 PM | INIT FILING FOREIGN JUDGMENTS | TIRADENTES, VANESSA R | |

**Entry:** INITIAL FILING FOREIGN JUDGMENTS SEE IMAGE ATTACHMENT FOR JUDGMENT DETAILS DATE DOCKETED: MARCH 29, 2013 JUDGMENT IS ENTERED AGAINST: PRITHVI INFORMATION SOLUTIONS LTD JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS: JUDGMENT AMOUNT $33777000.00

| Date | Type | Party |
|---|---|---|
| 27-MAR-2013 05:43 PM | INITIAL COMPLAINT | TIRADENTES, VANESSA R |

**Entry:** INITIAL COMPLAINT DATE DOCKETED: MARCH 29, 2013 CERTIFIED JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AFFIDAVIT OF VANESSA R. TIRADENTES, ESQ. OF FILING AND MAILING OF FOREIGN JUDGMENT PURSUANT TO 10 DEL. C. S4783 ACCEPTED BY: LM TRANSACTION ID: 51355837

| Date | Type | |
|---|---|---|
| 01-APR-2013 11:40 AM | LETTER | |

**Entry:** LETTER DATE DOCKETED: APRIL 2, 2013 FOREIGN JUDGMENT LETTER(S) MAILED OUT TO DEBTOR(S) ON 04-01-2013 ACCEPTED BY: DHW TRANSACTION ID: 51407516

| Date | Type | Party |
|---|---|---|
| 04-APR-2013 06:52 PM | FIFA ATTACHMENT | BRAUERMAN, STEPHEN B |

**Entry:** PRAECIPE FOR: FIFA ATTACHMENT DATE DOCKETED: APRIL 7, 2013 WRIT OF ATTACHMENT OF STOCK PURSUANT TO 8 DEL. C. S 324 PRAECIPE FOR WRIT OF ATTACHMENT OF STOCK PURSUANT TO 8 DEL. C. S 324 ACCEPTED BY: KAZ TRANSACTION ID: 51543893

| Date | Type | |
|---|---|---|
| 06-MAY-2013 08:50 AM | WRIT ISSUED | |

**Entry:** WRIT(S) ISSUED ON DATE DOCKETED: MAY 7, 2013 WRIT ISSUED SENT TO SHERIFF ON 5-7-13 ACCEPTED BY: DAP TRANSACTION ID: 52123905

| Date | Type | |
|---|---|---|
| 09-MAY-2013 09:45 AM | WRIT RETURN (GENERIC) | |

**Entry:** WRIT RETURNED: DATE DOCKETED: MAY 10, 2013 SHERIFF'S RETURN ON 5-9-2013 ACCEPTED BY: KAZ TRANSACTION ID: 52197305

| Date | Type | |
|---|---|---|
| 06-JUN-2013 01:25 PM | WRIT ISSUED | |

**Entry:** WRIT(S) ISSUED ON DATE DOCKETED: JUNE 7, 2013 WRIT ISSUED AND CHECK SENT TO NCC SHERIFF ON 6-7-2013 ACCEPTED BY: KAZ TRANSACTION ID: 52645283

| | | |
|---|---|---|
| 01-JUL-2013 11:07 AM | WRIT RETURN (GENERIC) | |
| **Entry:** | WRIT RETURNED: DATE DOCKETED: JULY 2, 2013 RETURNED ON 7-1-13 ACCEPTED BY: DAP TRANSACTION ID: 53072034 | |