# Exhibit 1

Register of Members of Prithvi Solutions, Inc.

| NUMBER OF CERTIFICATE | NAME OF MEMBER | ADDRESS | NUMBER OF SHARES | DISTINCTIVE NO. OF SHARES | | DATE OF BECOMING MEMBER | DATE OF CEASING TO BE MEMBER | REMARKS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | FROM | TO | | | |
| 1 | Prithvi Information Solutions LTD | 10Q3A1, 10th Floor Cyber Towers HITEC City, Madhapur Hyderabad – 500 081 | 1000 | 1 | 1000 | 06/27/2007 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL

SSG00064