# Exhibit 5



FILED
KING COUNTY, WASHINGTON
MAY 3 0 2014
SUPERIOR COURT CLERK
BY PHILLIP HENNINGS
DEPUTY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| KYKO GLOBAL INC., a Canadian corporation and KYKO GLOBAL GMBH a Bahamian corporation,<br><br>   Judgment Creditors,<br><br>  v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD., a Pennsylvania corporation; PRITHVI INFORMATION SOLUTIONS INTERNATIONAL, LLC, a Pennsylvania limited liability company; PRITHVI SOLUTIONS, INC., a Delaware corporation; INALYTIX INC., a Nevada corporation; AVANI INVESTMENTS INC., a Delaware corporation; ANANYA CAPITAL INC., a Delaware corporation; MADHAVI VUPPALAPATI, DCGS, INC., a Pennsylvania company; EPP, INC., a Washington corporation; FINANCIAL OXYGEN INC., a Washington corporation; HUAWEI LATIN AMERICAN SOLUTIONS INC., a Florida corporation; and L3C, INC., a Washington corporation,<br><br>   Judgment Debtors. | Case No. 13-2-41165-2 SEA<br><br>ORDER GRANTING MOTION FOR ~~DETERMINATION OF FIFTH~~ APPOINTMENT OF ~~AMENDMENT OBJECTIONS,~~ ~~APPOINTING~~ REFEREE, ~~PRODUCING~~ ~~DOCUMENTS AND SANCTIONS~~<br><br>[~~PROPOSED~~] |

Plaintiffs/Judgment Creditors Kyko Global and Kyko Global GMBH ("Kyko")

have moved for:

ORDER GRANTING MOTION FOR DETERMINATION OF FIFTH
AMENDMENT OBJECTIONS, ETC. - 1

SEADOCS:465530.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

1. Determination of Debtor Madhavi Vuppalapati ("Debtor") assertion of the 5th Amendment and attorney client privilege to avoid answering questions regarding debtor's assets;

2. Appointment of a referee for future exams to attend and rule on objections on future proceedings to be held in the same matter as a deposition;

3. Order requiring Debtor to turn over documents identified during the examination and to sanction Debtor for failing to turn over documents ordered by the court but not produced by Debtor.

This Court, having considered the motion and supporting declaration, and the pleadings and filings herein, and good cause having been shown, now hereby

IT IS ORDERED that plaintiffs/judgment creditors Kyko's motion for is hereby granted as follows:

1. Debtor's blanket assertion of the Fifth Amendment privilege to avoid answering questions regarding Debtor's assets is improper without first stating a valid factual basis for fear of criminal prosecution. Debtor will answer all questions not do not meet this requirement. Additionally, Debtor will answer all questions regarding her source of funds used to pay legal fees since this information is not protected by the attorney-client privilege. To the extent Debtor has been previously ordered to answer questions about companies that are not the target of specific fraud allegations, she must continue to answer all those questions along with any other questions on assets she has previously testified to in the past under oath; *[handwritten: Reserved for determination by Referee]*

2. The court hereby appoints a referee under RCW 6.32.010 for future exams to attend and rule on objections on future proceedings to be held in the same matter as a deposition. The referee will have all the powers set forth in RCW 6.32 and the Court Rules to rule on objections and to schedule supplemental proceedings in the same manner as depositions.

ORDER GRANTING MOTION FOR DETERMINATION OF FIFTH
AMENDMENT OBJECTIONS, ETC. - 2

SEADOCS:465530.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

1    The referee appointed is ____Eric Watness____ ~~unless both parties stipulate to the choice of~~
2    ~~a referee of their choosing~~. The referee shall all have powers necessary to conduct supplemental
3    proceedings pursuant to this order and make all necessary rulings. Each Plaintiffs and Defendants
4    shall be responsible for half of the referee's fee, unless the referee decides otherwise. Any appeal
5    from the referee's order will be to this court and it must be filed within 5 days of the referee's
6    ruling;

7         3.    Debtor Madhavi Vuppalapati is to turn over all documents previously
8    ordered from Debtor in the court's orders of December 17, 2013 and April 17, 2014, including
9    those identified by Debtor during the February 13 and May 16, 2014 examinations as being in
10   her possession or control within five days from the date of this order. Debtor is sanctioned $____
11   _____ for failing to turn over documents ordered by the court previously but not
12   produced by Debtor, including information on the Mini Cooper sold by Debtor in January 2014
13   but not previously disclosed to Judgment Creditors. This sanction will be stricken if Debtor is in
14   full compliance with this order within ten days from entry. Debtor is ordered to turn over to
15   plaintiff the proceeds of the sale of the Mini Cooper with five days of the date of this order.

*Reserved for determination by Referee*

16         IT IS SO ORDERED this 30th day of May, 2014.

                                                    _____
                                                    Mariane C. Spearman, Chief Civil Judge
                                                    King County Superior Court

ORDER GRANTING MOTION FOR DETERMINATION OF FIFTH
AMENDMENT OBJECTIONS, ETC. - 3

SEADOCS:465530.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101

Presented by:

*s/ James T. Yand*
John R. Knapp, Jr., WSB No. 29343
James T. Yand, WSB No. 18730
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101
Phone: (206) 622-8484
Fax: (206) 622-7485
E-mail: john.knapp@millernash.com
E-mail: james.yand@millernash.com

Attorneys for Judgment Creditors
Kyko Global, Inc. and Kyko Global
GMBH

ORDER GRANTING MOTION FOR DETERMINATION OF FIFTH
AMENDMENT OBJECTIONS, ETC. - 4

SEADOCS:465530.1

MILLER NASH LLP
ATTORNEYS AT LAW
T: (206) 622-8484 | F: (206) 622-7485
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101