# Exhibit 7


FILED
KING COUNTY, WASHINGTON

JUL 07 2014

SUPERIOR COURT CLERK
BY PHILLIP HENNINGS
DEPUTY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

KYKO GLOBAL INC., A Canadian corporation )
and KYKO GLOBAL GMBH a Bahamian )
corporation, )
                         Judgment Creditors, )    Case # 13-2-41165-2 SEA

v.

PRITHVI INFORMATION SOLUTIONS, LTD., )
A Pennsylvania corporation; PRITHVI )    ~~Proposed~~ Order on
INFORMATION SOLUTIONS INTERNATIONAL, )    Interim Report of Referee and
LLC, a Pennsylvania a limited liability company; )    Request for Instructions
PRITHVI SOLUTIONS, INC. a Delaware )
corporation; INALYTIX INC., a Nevada Corporation;)
AVANI INVESTMENTS INC., a Delaware )
Corporation; ANANYA CAPITAL INC., a )
Delaware Corporation; MADHAVI VUPPALAPATI, )
DCGS, INC., a Pennsylvania company; )
EPP. INC., a Washington corporation, )
FINANCIAL OXYGEN INC., a Washington )
corporation; HUAWEI LATIN AMERICAN )
SOLUTIONS, INC., a Florida corporation; and )
L3C, INC., a Washington corporation, )
)
                         Judgment Debtors. )

The Court, having reviewed the Interim Report and Request of Eric B. Watness, Referee Appointed herein, for Instructions from the Court, Orders as follows:

IT IS HEREBY ORDERED that

The referee shall have all powers necessary to conduct supplemental proceedings pursuant to the court's May 30th order & shall make all necessary rulings. The referee's power shall include the authority to order that the judgment debtor turn over to plaintiff the proceeds from the sale of personal property pursuant to RCW 6.32.080.

Any appeal from an order of the referee shall be filed with this court within 5 days of the referee's order.

DATED THIS 7th day of July, 2014.

_____
Mariane C. Spearman, Chief Civil Judge
King County Superior Court

Presented by:

_____
Eric B. Watness, Referee