# Exhibit 8

**EFiled: Dec 07 2018 08:23AM EST**
**Transaction ID 62738097**
**Case No. N18J-04903**





**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delawa
New Castle County
**Samuel D. Pratcher. Jr.**
Sheriff

12/6/2018

**Court Case # N18J-04903**
Sheriff # 18-009726

Fi Fa Levy G&C

## KYKO GLOBAL INC AND KYKO GLOBAL GMBH
### vs
### PRITHVI INFORMATION SOLUTIONS LTD

Entity - PRITHVI INFORMATION SOLUTIONS LTD

On 11/7/2018 at 4:10 PM a copy of the within writ together with a copy of the Fi Fa Levy G&C were served upon Litigation Management Representative, a representative for the registered agent CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 .

Fees Paid:  $50.00

Per:  Deputy Sheriff, Jesse Rice

SO ANS;

SHERIFF

PER   Lelitia Gasby