# Exhibit 10

# District Courts, Rangareddy
## Case Details

| | |
|---|---|
| Case Type | : EP - EXCEUTION PETITION |
| Filing Number | : 4391/2017  Filing Date: 04-04-2014 |
| Registration Number | : 1300240/2017  Registration Date: 04-04-2014 |
| **CNR Number** | : TSRA00-010021-2017 |

### Case Status

| | |
|---|---|
| **First Hearing Date** | **: 31st August 2017** |
| **Next Hearing Date** | **: 18th September 2020** |
| **Stage of Case** | **: FOR FILING COMPROMISE** |
| **Court Number and Judge** | **: 12-XIII Addl District and Sessions Judge** |

### Petitioner and Advocate

1) M/s Sojitz Corporation.Rep by its Power of Attorney Holder Mr.Naoki Kazama.
   Advocate- Avinash Desai

### Respondent and Advocate

1) Prithvi Information Slutions Ltd.Rep by its Managing Director.

### Acts

| Under Act(s) | Under Section(s) |
|---|---|
| ARBITRATION AND CONCILIATION ACT | O21R43. |

### History of Case Hearing

| Registration Number | Judge | Business On Date | Hearing Date | Purpose of hearing |
|---|---|---|---|---|
| 1300240/2017 | XIII Addl District and Sessions Judge | | 10-10-2017 | PROCESS |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 20-11-2017 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 31-01-2018 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 12-04-2018 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 13-06-2018 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 30-07-2018 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 28-09-2018 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 31-10-2018 | NOTICE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 19-12-2018 | NOTICE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 24-01-2019 | NOTICE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 22-03-2019 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 06-06-2019 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 25-07-2019 | CALL ON |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 24-09-2019 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 07-11-2019 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 30-01-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 14-02-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 12-03-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 13-04-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 16-06-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 16-07-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 19-08-2020 | FOR FILING COMPROMISE |
| 1300240/2017 | XIII Addl District and Sessions Judge | | 18-09-2020 | FOR FILING COMPROMISE |

https://services.ecourts.gov.in/ecourtindia_v4_bilingual/cases/case_no.php?state=D&state_cd=29&dist_cd=9#  1/1