IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kyko Global, Inc., Kyko Global GmbH, ) | |
| Prithvi Solutions, Inc., ) | |
| ) | |
| ) | |
| Plaintiff(s)  ) | |
| v.  ) | Civil Action No. 2:18-cv-1290 |
| SSG Capital Partners I, LP; SSG Capital ) | |
| Management (Hong Kong) Limited; et al.. ) | |
| ) | |
| ) | |
| Defendant(s)  ) | |

## **REPORT OF NEUTRAL**

A  mediation  session was held in the above captioned matter on  October 7, 2020 .

The case (please check one):
　　　　　＿＿＿ has resolved
　　　　　＿＿＿ has resolved in part (see below)
　　　　　  X   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ＿＿＿ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Mediation efforts will continue with the undersigned during the next two weeks as per the terms outlined by the Mediator in an October 7, 2020 e-mail communication to both parties.

Dated: October 8, 2020       /s/ Mark D. Shepard
　　　　　　　　　　　　　　　Signature of Neutral

Rev. 09/11