IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:18-cv-1290 |
| v. | Hon. William S. Stickman IV |
| PRITHVI INFORMATION SOLUTIONS, LTD., *et al*, | |
| *Defendants*. | |

## EXHIBIT RECEIPT

AND NOW, this 11th day of December 2020 at 2:16 p.m., I, Jeffrey Striegler _____, of Precise Discovery LLC _____ hereby certify that I have taken possession of the hard drive at issue in the aforementioned case from possession of the Chambers of The Honorable William S. Stickman IV for analysis.

Witnessed: *[signature]*

*[signature]* Wm S SWIV; USDJ  12/11/20

Original to be returned to Court after duplication complete
— WSS