IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kyko Global, Inc., Kyko Global GmbH, | ) |
| Prithvi Solutions, Inc. | ) |
| | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | )   Civil Action No.  2:18-cv-1290 |
| SSG Capital Partners I, LP; SSG Capital | ) |
| Management (Hong Kong) Limited; et al. | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on _____.

The case (please check one):
     __X__ has resolved
     _____ has resolved in part (see below)
     _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

After additional mediation efforts the partis reached a settlement.

Dated: December 28, 2020        /s/ Mark D. Shepard
                                                     Signature of Neutral

Rev. 09/11