IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kyko Global, Inc., Kyko Global GmbH, Prithvi Solutions, Inc., *Plaintiffs*, v. Prithvi Information Solutions, Ltd., Value Team Corporation, SSG Capital Partners I, L.P., SSG Capital Management (Hong Kong) Limited, Madhavi Vuppalapati, Anandhan Jayaraman, Shyam Maheshwari, Ira Syavitri Noor a/k/a Ira Noor Vourloumis, Dinesh Goel, Wong Ching Him a/k/a Edwin Wong, Andreas Vourloumis, Prithvi Asia Solutions Limited, *Defendants*. | Civil Action No. 2:18-cv-01290-WSS *Electronically Filed* |
| SSG Capital Partners I, L.P., and SSG Capital Management (Hong Kong) Ltd., *Counterclaim & Third-Party Plaintiffs,* v. Kyko Global, Inc., Kyko Global GmbH, and Kiran Kulkarni, *Counterclaim & Third-Party Defendants.* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action—including all claims, counterclaims, and third-party claims—with respect to all parties. Each party shall bear its own costs and fees.

| | |
|---|---|
| Dated:  January 18, 2021 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joseph F. Rodkey, Jr.* | */s/ John D. Goetz* |
| Joseph F. Rodkey, Jr. Pa. I.D. No. 66757<br>FOWKES ♦ RODKEY<br>732 Allegheny River Blvd.<br>P.O. Box 173 Oakmont, PA 15139<br>(412) 828-2802 (Phone)<br> (412) 828-2588 (Fax)<br>jrodkey@fowkesrodkey.com<br><br>Jayson M. Macyda<br>Jayson M. Macyda (admitted *pro hac vice*)<br>Kyko Global, Inc.<br>P.O. Box 87491<br>Canton, MI 48187<br>(248) 243-6685<br>generalcounsel@kykoglobal.com<br><br>**Counsel for Plaintiffs Kyko Global, Inc., Kyko Global GmbH, Prithvi Solutions Inc., and Kiran Kulkarni** | Michael H. Ginsberg (Pa. Bar #43582)<br>John D. Goetz (Pa. Bar #47759)<br>Douglas Baker (Pa. Bar #318634)<br>Connor Baer (Pa. Bar # 322459)<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA  15219-2514<br>Telephone:  (412) 391-3939<br>Facsimile:  (412) 394-7959<br>Email: mhginsberg@jonesday.com<br>Email: jdgoetz@jonesday.com<br>Email: ddbaker@jonesday.com<br>Email: cbaer@jonesday.com<br><br>**Counsel for Defendants SSG Capital Partners I, L.P., SSG Capital Management (Hong Kong) Limited, Shyam Maheshwari, Ira Syavitri Noor a/k/a Ira Noor Vourloumis, Dinesh Goel, Wong Ching Him a/k/a Edwin Wong, Andreas Vourloumis, and Value Team Corporation** |

*/s/ Jeffrey T. Morris*

Jeffrey T. Morris, Esquire
PA ID #31010
6425 Living Place, Suite 200
Pittsburgh, PA 15206
morris@elliott-davis.com
Tel: (412) 434.4911, ext. 34
Fax: (412) 774.2168

**Counsel for Anandhan Jayaraman**